PAGE   3
MAIL-GENR-I

UNITED SERVICES AUTOMOBILE ASSO    TION

9800 Fredericksburg Road  –San Antonio, Texas 78288
**PERSONAL UMBRELLA POLICY DECLARATIONS**


USAA®

Part Two. This Declarations page, with "Part One" and endorsements, if any, completes the policy.

RENEWAL OF
Policy Number USAA    00424 75 99    70U

Named Insured and Mailing Address:

CORBY W MARSHALL
7 BLUFF DR
SAVANNAH GA 31406-7504

Policy Period:

From 06/14/08                    To    06/14/09

(12:01 A.M. standard time at location of the principal residence.)

DEDUCTIBLE $              0

Location of principal residence premises:
7 BLUFF DR
SAVANNAH, CHATHAM, GA

PREMIUM: $   521.64
TOTAL PREMIUM: $   521.64

Policy Limit (per occurrence):        $1,000,000

UNINSURED MOTORISTS LIMIT:      $1,000,000

## SCHEDULE OF UNDERLYING INSURANCE

| Description | Limits (or Amounts) of Insurance Now Carried | | Combined Single Limit |
|---|---|---|---|
| | Bodily Injury | Property Damage | |
| (a) Motor Vehicle Liability UNINSURED MOTORIST | $300,000/ $500,000 $300,000/ $500,000 | $100,000 $100,000 | |
| (b) Watercraft Liability | | | $500,000 |
| (c) Comprehensive Personal Liability (or the Liability Section of a Homeowners Policy) | | | $1,000,000 |

Form and Endorsement(s) made part of this policy at time of issue:
REMAIN IN EFFECT (REFER TO PREVIOUS POLICY):
ESA (0205)  PU 1900-3 (0996)  PU-GA (0706)
ENDORSEMENTS ADDED: PU-QR USAA (0996)  PU-UMGA (0707)

In Witness, Whereof, this policy is signed on  05-07-08

PU 1900-2 (02-98)

ATTACH THIS DECLARATION TO PREVIOUS POLICY

## STATEMENT OF LIABILITY INSURANCE

I, Christopher Johnson, Claims Manager, state the following concerning each known policy of insurance, including Excess or Umbrella insurance:

1. The Name of Insurer: United Services Automobile Association

2. The Name of Each Insured: Corby W. Marshall

3. USAA Number: 4247599

4. Claim Number: 4247599 - 22 - 7941 - 46

5. Policy Number: 4247599 - 7111 -27

6. Policy Effective Dates: 11-17-2008 TO 05-17-2009

7. Limits of Liability Coverage: Bodily Injury $300,000/$500,000; Uninsured Motorist $300,000/$500,000; Medical Payments $5,000

8. Umbrella: Yes    Limits: $1,000,000.00

9. Umbrella Policy Effective Dates: 06-14-2008 TO 06-14-2009

10. Policy or Coverage Defenses:  NONE KNOWN AT THIS TIME

FURTHER AFFIANT SAYETH NOT.

Christopher Johnson
Claims Service Manager
United Services Automobile Association

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Sworn to and subscribed before me this 5 day of February 20 09 by Christopher Johnson.

SIGNATURE OF NOTARY PUBLIC

Personally Known _X_ OR Produced Identification _____
Type of Identification Produced _____

VERONICA BROK
Notary Public, State of Florida
Commissions DD000000
My comm. expires June 26, 2012