IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL, COUNTY, FLORIDA

CASE NO: 16-2010-CA-011676 xxxx-MA
DIVISION:  CV-D

CORBY MARSHALL and
SUMMER MARSHALL, his wife

    Plaintiffs,

v.

UNITED STATES AUTOMOBILE ASSOCIATION, a
Foreign Corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a
Foreign Corporation, and JOSEPH P. DELANEY,
Individual

    Defendants.
_____/

### DEFENDANT, JOSEPH P. DELANEY'S
### ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant, JOSEPH P. DELANEY, by and through his undersigned counsel and pursuant to Florida Rules of Civil Procedure, hereby responds to the Plaintiffs' Complaint as follows:

1. Admitted for jurisdictional purposes only and otherwise denied.

2. No knowledge and denied.

3. No knowledge and denied.

4. No knowledge and denied.

5. No knowledge and denied.

6. Admitted.

7. Denied.

8. No knowledge and denied.

9. Defendant re-alleges all answers as set forth in paragraphs 1-8 as answered above, as to any other allegation, denied.

10. No knowledge and denied.

11. Denied.

12. Denied.

13. Defendant re-alleges all answers as set forth in paragraphs 1-12 as answered above, as to any other allegation, denied.

14. No knowledge and denied.

15. No knowledge and denied.

16. No knowledge and denied.

## DEMAND FOR JURY TRIAL

The Defendant, JOSEPH P. DELANEY, hereby demands a trial by jury of all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

At all times material hereto Plaintiff was guilty of negligence in the maintenance and operation of Plaintiff's vehicle and such negligence caused or contributed to his injuries, thus barring or reducing Plaintiff's right to recover in an amount proportionate with such negligence.

## SECOND AFFIRMATIVE DEFENSE

This Defendant would allege that the Plaintiff failed to wear an available and operational seat belt, which was unreasonable under the circumstances, thus barring or reducing Plaintiff's right to recover in an amount proportionate with such negligence.

## THIRD AFFIRMATIVE DEFENSE

Defendant states that the Plaintiff's injuries and damages have not exceeded the threshold of the Florida Automobile Reparations Reform Act, nor has he suffered any permanent injury, other injury or disability or disfigurement within a reasonable medical certainty or probability as is required by said Act, and therefore the Plaintiff is barred from any recovery against this Defendant.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to mitigate his damages, and to the extent that Plaintiff failed to mitigate his damages, Plaintiff is barred and estopped from any recovery in this cause.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims for injuries and damages as a result of the occurrence alleged in the Complaint are barred, or in the alternative, subject to a reduction to the extent that such injuries and damages were compensated or are subject to

compensation by "collateral sources", as that term is used in §768.76, Florida statutes.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel for Plaintiff, PAUL J. HEALY, ESQUIRE, 1830 Atlantic Blvd. Jacksonville, FL 32207 via U.S. Mail this ___ day of **November, 2010**.

**DORE & ASSOCIATES**
**A Chartered Law Firm**

**DENNIS P. DORE, ESQUIRE**
Fla. Bar No. 0356360
**PAMELA J. NELSON, ESQUIRE**
Fla. Bar No. 0949700
3020 Hartley Road, Suite 250
Jacksonville, Florida 32257
Telephone (904) 358-7881
Facsimile (904) 358-7899
**Counsel for Defendant**