IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL and
SUMMER MARSHALL, his wife,

    Plaintiffs,                        CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

    Defendants.

## PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), and the Parties' Case Management Report, Plaintiffs, CORBY MARSHALL and SUMMER MARSHALL, hereby provide the following initial disclosures. These disclosures are based on the information reasonably available to Plaintiffs as of this date. Plaintiffs reserve the right to modify, amend, or supplement these disclosures at a later date.

    I.    Names/addresses of each individual likely to have discoverable information, and the subject matter of such information [Rule 26(a)(1)(I)]:

        1.    Corby Marshall (Liability and Damages)
             c/o Brian J. Lee, Esquire/Paul Healy, Esquire
             Schuler & Lee, P.A.
             644 Cesery Boulevard, Suite 250
             Jacksonville, Florida 32211

2. Summer Marshall (Damages)
c/o Brian J. Lee, Esquire/Paul Healy, Esquire
Schuler & Lee, P.A.
644 Cesery Boulevard, Suite 250
Jacksonville, Florida 32211

3. Joseph P. Delaney (Liability)
c/o Dennis Dore, Esquire
3020 Hartley Road, Suite 250
Jacksonville, Florida 32257

4. Patrolman J.A. Taylor (Liability)
c/o Jacksonville Sheriff's Office
501 East Bay Street
Jacksonville, Florida 32202

5. Whitney Elliott (Liability)
3136 Mangrove Avenue
Jacksonville, Florida 32246

6. Kee Lam (Liability)
13069 Chelsea Harbor Drive South
Jacksonville, Florida 32224

7. Physicians/Medical Personnel at Med Well
(Medical Treatment/Damages)
8750 Perimeter Parks Boulevard
Jacksonville, Florida 32216

8. Physicians/Medical Personnel at Southeast ENT and Facial Plastic Surgery
(Medical Treatment/Damages)
1000 Towne Center Boulevard, Suite 50
Pooler, Georgia 31324

9. Physicians/Medical Personnel at Savannah Speech and Hearing Center
(Medical Treatment/Damages)
4206 East 66th Street
Savannah, Georgia 31404

10. Physicians/Medical Personnel at CNR Imaging of Jacksonville
(Medical Treatment/Damages)
1205 Monument Road, Suite 303
Jacksonville, Florida 32225

    11.    Physicians/Medical Personnel at Crucial Care of Baymeadows
(Medical Treatment/Damages)
11048-9 Baymeadows Road
Jacksonville, Florida 32256

    12.    Thomas Stanley, M.D. (Medical Treatment/Damages)
5353 Reynolds Street, Suite 300
Savannah, Georgia 31405

    13.    Nicolas Dodaro, M.D. (Medical Treatment/Damages)
11048-9 Baymeadows Road
Jacksonville, Florida 32256

II.    Documents that may be used to support defenses and/or claims [Rule 26(a)(1)(ii)]:

Medical Records and Medical/Prescription Bills of Corby Marshall (in the custody of Plaintiffs' attorneys)

Photographs of Plaintiff and Defendant's vehicle (if any)

Estimates of property damages of vehicles (if any)

Lost Wage Documentation

Discovery is ongoing.

III.    Calculation of damages [Rule 26(a)(1)(iii)]:

The amount of these damages is not known at this time, although Plaintiffs are seeking damages for bodily injuries, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expenses of hospitalization and medical care and treatment, lost wages and loss of earning capacity, and consortium damages of loss of services, society, support and consortium. Discovery is ongoing.

IV.    Insurance agreement [Rule 26(a)(1)(iv)]:

None known for Plaintiffs, other than insurance policies already provided by the Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2011, an electronic copy and a copy sent by U.S. Mail of the foregoing was furnished to LAURA KIPSITZ STARRETT, ESQUIRE, Dwane D. Tyson and Associates, *Attorney for Defendant for State Farm Mutual Automobile Insurance Co.*, 1200 Riverplace Blvd., Suite 640, Jacksonville, FL 32207, KRISTEN M. VAN DER LINDE, ESQUIRE, Boyd & Jenerette, *Attorney for Defendant for United States Automobile Association*, 201 North Hogan Street, Suite 400, Jacksonville, FL 32202, DENNIS P. DORE, ESQUIRE, Dore & Associates, LLC, *Attorney for Defendant Joseph P. Delaney*, 3020 Hartley Rd., Suite 250, Jacksonville, FL 32257, and PAUL J. HEALY, ESQUIRE, *Co-Counsel for Plaintiffs*, 1830 Atlantic Blvd., Jacksonville FL 32207.

SCHULER & LEE, P.A.

By _____
BRIAN J. LEE
Fla. Bar No.: 561681
644 Cesery Boulevard, Suite 250
Jacksonville, Florida 32211
(904) 396-1911 (phone)
(904) 396-1941 (fax)
Brian@schulerlee.com