IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL and
SUMMER MARSHALL, his wife,

    Plaintiffs,                       CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

    Defendants.

_____

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that the law firm of SCHULER & LEE, P.A., by and through the undersigned attorney, pursuant to Local Rule 2.03, Middle District of Florida, makes this appearance as co-counsel for Plaintiffs Corby Marshall and Summer Marshall.

                                               SCHULER & LEE, P.A.

                                       By_____
                                               CARL SCOTT SCHULER
                                               Fla. Bar No.: 308900
                                               BRIAN J. LEE
                                               Fla. Bar No.: 561681
                                               644 Cesery Boulevard, Suite 250
                                               Jacksonville, Florida 32211
                                               (904) 396-1911 (phone)
                                               (904) 396-1941 (fax)
                                               scott@schulerlee.com
                                               brian@schulerlee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2011, an electronic copy and a copy sent by U.S. Mail of the foregoing was furnished to LAURA KIPSITZ STARRETT, ESQUIRE, Dwane D. Tyson and Associates, *Attorney for Defendant for State Farm Mutual Automobile Insurance Co.*, 1200 Riverplace Blvd., Suite 640, Jacksonville, FL 32207, KRISTEN M. VAN DER LINDE, ESQUIRE, Boyd & Jenerette, *Attorney for Defendant for United States Automobile Association*, 201 North Hogan Street, Suite 400, Jacksonville, FL 32202, DENNIS P. DORE, ESQUIRE, Dore & Associates, LLC, *Attorney for Defendant Joseph P. Delaney*, 3020 Hartley Rd., Suite 250, Jacksonville, FL 32257, and PAUL J. HEALY, ESQUIRE, *Co-Counsel for Plaintiffs*, 1830 Atlantic Blvd., Jacksonville FL 32207.

_____
Attorney