IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL and
SUMMER MARSHALL, his wife,

    Plaintiffs,                          CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

    Defendants.

---

## PLAINTIFF, CORBY MARSHALL'S NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES FROM DEFENDANT, JOSEPH P. DELANEY

    NOTICE IS HEREBY GIVEN that Plaintiff CORBY MARSHALL has served answers to Defendant Joseph P. Delaney's Interrogatories by forwarding a copy of this certificate and the original interrogatories to DENNIS P. DORE, ESQUIRE, Dore & Associates, LLC, *Attorney for Defendant Joseph P. Delaney*, 3020 Hartley Rd., Suite 250, Jacksonville, FL 32257, by U.S. Mail this _____ day of ~~May~~ June, 2011.

                                                               SCHULER & LEE, P.A.

                                                                By_____
                                                                 CARL SCOTT SCHULER
                                                                 Fla. Bar No.: 308900
                                                                 BRIAN J. LEE
                                                               Fla. Bar No.: 561681
                                                               644 Cesery Boulevard, Suite 250
                                                               Jacksonville, Florida 32211
                                                               (904) 396-1911 (phone)
                                                               (904) 396-1941 (fax)
                                                               scott@schulerlee.com
                                                               brian@schulerlee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2011, a copy sent by U.S. Mail of the foregoing was furnished to LAURA KIPSITZ STARRETT, ESQUIRE, Dwane D. Tyson and Associates, *Attorney for Defendant for State Farm Mutual Automobile Insurance Co.*, 1200 Riverplace Blvd., Suite 640, Jacksonville, FL 32207, KRISTEN M. VAN DER LINDE, ESQUIRE, Boyd & Jenerette, *Attorney for Defendant for United States Automobile Association*, 201 North Hogan Street, Suite 400, Jacksonville, FL 32202, DENNIS P. DORE, ESQUIRE, Dore & Associates, LLC, *Attorney for Defendant Joseph P. Delaney*, 3020 Hartley Rd., Suite 250, Jacksonville, FL 32257, and PAUL J. HEALY, ESQUIRE, *Co-Counsel for Plaintiffs*, 1830 Atlantic Blvd., Jacksonville FL 32207.

_____
Attorney