UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL and
SUMMER MARSHALL,

    Plaintiffs,

v.                              CASE NO. 3:10-cv-1057-J-20JBT

UNITED STATES AUTOMOBILE
ASSOCIATION *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court on Plaintiff, Corby Marshall's Notice of Service of Answers to Interrogatories from Defendant, Joseph P. Delaney ("Notice") (Doc. 41), which provides that Plaintiff has served answers to Defendant's Interrogatories. Such discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1); *see also* M.D. Fla. R. 3.03(d). Because the Court has not ordered Plaintiff to file the Notice and it does not appear that filing is necessary at this time, the Notice is due to be stricken.

Accordingly, it is **ORDERED**:

The Notice (**Doc. 41**) is **STRICKEN** without prejudice to filing at a later time if necessary.

1

**DONE AND ORDERED** at Jacksonville, Florida, on June 13, 2011.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record