# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CORBY MARSHALL and SUMMER MARSHALL, his wife,**

                **Plaintiff,**

**-vs-**                                                                                                       Case No.  3:10-cv-1057-J-20JBT

**UNITED STATES AUTOMOBILE ASSOCIATION**, *et al.*,

                **Defendants.**

| | |
|---|---|
| **Counsel for Plaintiffs,** | Brian James Lee, Esquire |
| | Paul J. Healy, Esquire |
| **Counsel for Defendant,** | Kristen M. Van der Linde, Esquire |
| **Counsel for Defendant,** | Laura Lipsitz Starrett, Esquire |
| **Counsel for Defendant,** | Dennis Patrick Dore, Esquire |

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 1/6/2012<br>4:03 p.m. - 4:19 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**    **EMERGENCY MOTION TO CONTINUE MEDIATION (Doc. #69)**

Counsel Kristen M. Van der Linde, Esquire, is present in the courtroom on behalf of USAA.

Counsel Brian James Lee, Esquire, and Paul J. Healy, Esquire, are present telephonically on behalf of the Plaintiffs.

Counsel Laura Lipsitz Starrett, Esquire, is present telephonically for Defendant State Farm Automobile Insurance Company.

Counsel Dennis Patrick Dore, Esquire, is present telephonically for Defendant Joseph P. Delaney.

Positions of counsel.

The Emergency Motion to Continue Mediation (Doc. #69) is **GRANTED.**

**Order to enter.**