


**Southeast ENT & Facial Plastic Surgery, PC**

1000 Towne Center Blvd. · Suite 501
Pooler, Ga 31324
Phone (912) 330-5030  Fax (912) 330-5033
www.southeastent.com

**Southeast Voice & Swallowing Center**

Lisa Davenport, PA-C, MSHS           Robert E. Johnson, M.D., FACS           Jennifer Jolley, M.Ed, CCC-SLP

---

Patient: MARSHALL, CORBY                MR No.: 1912   DOB: 04/09/

CHIEF COMPLAINTS: Followup of Allergic rhinitis; Followup of Snoring; hearing loss; tinnitus.

HISTORY OF PRESENT ILLNESS:

On 01/07/2009, Corby Marshall, a 39 year old male, presented with:

-- sudden onset tinnitus which began 3 weeks ago. It was located in the left ear. Severity was described as moderate. Duration is constant. The precipitating factor was rear ended by motorist at 50 mph. An associated sign and symptom is hearing loss. The patient has had the following noise exposure: military service. audiogram at end of military service in 1995 was normal.

MEDICATIONS HISTORY:

Current medications prescribed to the patient are:
1. Flonase 0.05 mg/inh, 1 Spray each nostril QD
2. Lortab Elixir 500 mg-7.5 mg/15 ml, 15-20 ml PO Q4-6H prn for pain
3. Singulair 10 mg, 1 PO QD

Patient is also taking Nasonex 50 mcg/inh

REVIEW OF SYSTEMS:

GENERAL - Denies fever, or chills
SKIN - Denies rash, new skin lesions, or change in moles
EYES - Denies blurred vision, or change in visual acuity
MOUTH - Denies sore throat, or difficulty swallowing
NECK - Denies pain or swelling
RESPIRATORY - Denies shortness of breath, cough, wheezing
CARDIOVASCULAR - Denies palpitations, chest pain, orthopnea, PND, peripheral edema, syncope or claudication

PAST HISTORY: Infections - no history of TB, HIV, hepatitis or other serious infectious diseases; Illnesses - allergic rhinitis; Surgeries - foot/ankle surgery and Pillar procedure and uvulectomy 2008;

FAMILY HISTORY:


SOCIAL HISTORY: Alcohol Use - occasionally; Smoking - denies smoking; Occupation - Sales; Illicit Drug Use - denies use of street drugs;

ALLERGIES: sulpha

EXAMINATION:

VITAL SIGNS: B/P -


CONSTITUTIONAL - well nourished, well developed, looks like stated age and in no distress

SKIN - no significant rash or suspicious lesions, warm to touch and normal turgor

HEAD - parotid glands and facial skeleton are normal to palpation, no trauma and

Patient: MARSHALL, CORBY    MRNO: 1912    DOB: 04/09/    - Continued
normocephalic

EYE - PERRL, EOMI, no nystagmus, conjunctivae are clear and no hemorrhage

NECK - no nodes, no masses, no nuchal rigidity, thyroid normal size and texture and JVD not raised

EXTREMITIES - no clubbing, cyanosis or edema, no deformities

NEUROLOGICAL - normal gait and cranial nerves II-XII intact

PSYCHIATRIC - alert, oriented to time, place, person and no difficulty with speech or language

Ear Inspection - Tympanic membranes clear and intact bilaterally, external auditory canals clear bilaterally
Ear Rinne's Test - AC greater than BC, bilaterally
Ear Weber's Test - midline
Ear Audiometry - assymetric mild sensorineural hearing loss worse in the left ear than the right, Type A tympanogram bilaterally, diminished DPOAE testing at 6 frequencies in the left ear and normal DPOAE testing at 6 frequencies in the right ear
Ear Pinna Inspection - no lesions or evidence of infectious or inflammatory processes


DECISION MAKING:

ASSESSMENT:
1. Tinnitus/Left, New
2. Hearing loss, sensorineural/Left, New
3. left temporal bone fracture, New
4. Snoring, Improving

DIAGNOSTIC TESTS: CT Scan - Temporal Bones w/o contrast- left temporal bone fx


FOLLOWUP: Return visit in 2 Weeks

_____
Electronically signed by DR. JOHNSON 1/7/2009 10:16:26

Page 2 of 2                                      Create Date: 2009-1-7



**Southeast ENT & Facial Plastic Surgery, PC**
www.southeastent.com

Robert E. Johnson, M.D. FACS
1000 Towne Ctr Blvd #501
Pooler, GA 31322
Phone: (912) 330-5030
Fax: (912) 330-5033

```
**********************************************************************
Reprinted from Electronic Medical Record - Created on 01/12/09 10:52:25
Patient: MARSHALL, CORBY               MR No.: 1912   DOB: 04/09/
**********************************************************************
```

CHIEF COMPLAINTS: Followup of Allergic rhinitis; Followup of Hearing loss, sensorineural/ Left; Followup of left temporal bone fracture; Followup of Snoring; Followup of Tinnitus/ Left.

HISTORY OF PRESENT ILLNESS:

On 01/12/2009, Corby Marshall, a 39 year old male, presented with:

-- sudden onset tinnitus which began 3 weeks ago. It was located in the left ear. Severity was described as somewhat worse. Duration is constant. The precipitating factor was rear ended by motorist at 50 mph. An associated sign and symptom is hearing loss. The patient has had the following noise exposure: military service. audiogram at end of military service in 1995 was normal.

MEDICATIONS HISTORY:

Current medications prescribed to the patient are:
1. Flonase 0.05 mg/inh, 1 Spray each nostril QD
2. Singulair 10 mg, 1 PO QD

Patient is also taking Nasonex 50 mcg/inh

ALLERGIES: sulpha

EXAMINATION:

VITAL SIGNS: B/P -

CONSTITUTIONAL - well nourished, well developed, looks like stated age and in no distress

NEUROLOGICAL - normal gait and cranial nerves II-XII intact

PSYCHIATRIC - alert, oriented to time, place, person and no difficulty with speech or language

Additional Findings: Temporal bone CT reviewed: Normal temporal bones and middle ear structures; 2-3 cm posterior fossa arachnoid cyst in midline

DECISION MAKING:

ASSESSMENT:
1. Arachnoid Cyst, New
2. Tinnitus/Left, Unchanged
3. Hearing loss, sensorineural/Left, Unchanged

REFERRAL: Refer to Neurology- arachnoid cyst on CT and Audiology

FOLLOWUP: Return Visit in 1 month

PLAN DISCUSSION: will get full audiometric evaluation

Patient: MARSHALL, CORBY    MRNO: 1912    DOB: 04/09/    - Continued

lectronically signed by DR. JOHNSON 1/12/2009 10:42:54

   1000 Towne Center Blvd. · Suite 501
Pooler, Ga 31324
Phone (912) 330-5030  Fax  (912) 330-5033
www.southeastent.com   

Lisa Davenport, PA-C, MSHS          Robert E. Johnson, M.D., FACS          Jennifer Jolley, M.Ed, CCC-SLP

Patient: MARSHALL, CORBY          MR No.: 1912   DOB: 04/09,
CHIEF COMPLAINTS: Followup of Allergic rhinitis; Followup of Arachnoid Cyst; Followup of Hearing loss, sensorineural/Left; Followup of Snoring; Followup of Tinnitus/Left.

HISTORY OF PRESENT ILLNESS:

On 03/02/2009, Corby Marshall, a 39 year old male, presented with:

-- sudden onset tinnitus which began 12/08. It was located in the left ear. Severity was described as unchanged. Duration is constant.  The precipitating factor was rear ended by motorist at 50 mph. An associated sign and symptom is hearing loss.  The patient has had the following noise exposure: military service.  audiogram at end of military service in 1995 was reported as normal. Recent audiogram at Savannah Sp & Hearing demonstrated symmetrical mild HF SN HL.

-- Recently started on Topomax by Dr Stanley, who has also ordered an MRI to eval the arachnoid cyst seen on CT scan

MEDICATIONS HISTORY:

Current medications prescribed to the patient are:
1. Flonase 0.05 mg/inh, 1 Spray each nostril QD
2. Singulair 10 mg, 1 PO QD

Patient is also taking Nasonex 50 mcg/inh and Topamax 25 mg

REVIEW OF SYSTEMS:

GENERAL - Denies fever, or chills
EYES - Denies blurred vision, or change in visual acuity
EARS - the tinnitus continues to be troublesome
MOUTH - Denies sore throat, or difficulty swallowing
RESPIRATORY - Denies shortness of breath, cough, wheezing
NEUROLOGICAL - Denies localized numbness, weakness, or tingling

PAST HISTORY: Infections - no history of TB, HIV, hepatitis or other serious infectious diseases; Illnesses - allergic rhinitis; Surgeries - foot/ankle surgery and Pillar procedure and uvulectomy 2008;

ALLERGIES: sulpha

EXAMINATION:

VITAL SIGNS: B/P -


CONSTITUTIONAL - well nourished, well developed, looks like stated age and in no distress

HEAD - parotid glands and facial skeleton are normal to palpation, no trauma and normocephalic

NEUROLOGICAL - normal gait and cranial nerves II-XII intact

PSYCHIATRIC - alert, oriented to time, place, person and no difficulty with speech or language

Page 1 of 2                    Create Date: 2009-3-2

Patient: MARSHALL, CORBY    MRNO: 1912    DOB: 04/09/    - Continued

Ear Inspection - Tympanic membranes clear and intact bilaterally, external auditory canals clear bilaterally
Ear Rinne's Test - AC greater than BC, bilaterally
Ear Weber's Test - midline

DECISION MAKING:

ASSESSMENT:
1. Tinnitus/Left, Unchanged
2. Hearing loss, sensorineural/Left, Unchanged
3. Arachnoid Cyst, Stable

DRUG RX: Flonase 50 mcg/Actuation 1 Spray each nostril QD and Singulair 10 Mg 1 PO QD

The following drugs were stopped: Flonase 0.05 mg/inh and Singulair 10 mg

FOLLOWUP: Return Visit in 3 Months

**PLAN DISCUSSION: Will repeat audiometry at 6 mos post-accident. He will also retrieve his exit physical from the Army for comparison**

Electronically signed by DR. JOHNSON 3/2/2009 10:25:2




**Southeast ENT & Facial Plastic Surgery, PC**

1000 Towne Center Blvd. · Suite 501
Pooler, Ga 31324
Phone (912) 330-5030  Fax  (912) 330-5033
www.southeastent.com

**Southeast Voice & Swallowing Center**

Lisa Davenport, PA-C, MSHS          Robert E. Johnson, M.D., FACS          Jennifer Jolley, M.Ed, CCC-SLP

---

Patient: MARSHALL, CORBY             MR No.: 1912  DOB: 04/09/....

CHIEF COMPLAINTS: Followup of Allergic rhinitis; Followup of Arachnoid Cyst; Followup of Hearing loss, sensorineural/Left; Followup of Snoring; Followup of Tinnitus/Left.

HISTORY OF PRESENT ILLNESS:

On 09/21/2009, Corby Marshall, a 40 year old male, presented with:

-- sudden onset tinnitus which began 12/08. It was located in the left ear. Severity was described as unchanged. Duration is constant. The precipitating factor was rear ended by motorist at 50 mph. An associated sign and symptom is hearing loss. There is No family history of sensorineural hearing loss. The patient has had the following noise exposure: military service. audiogram at end of military service in 1995 was reported as normal. Audiogram at Savannah Sp & Hearing demonstrated symmetrical mild HF SN HL in 3/09. Unfortunately, his recent audiogram demonstrated somewhat worsening high frequency HL in both ears.

MEDICATIONS HISTORY:

Current medications prescribed to the patient are:
1. Flonase 50 mcg/Actuation, 1 Spray each nostril QD
2. Singulair 10 Mg, 1 PO QD

Patient is also taking Topamax 25 mg

REVIEW OF SYSTEMS:

GENERAL - Denies fever, or chills
SKIN - Denies rash, new skin lesions, or change in moles
EYES - Denies blurred vision, or change in visual acuity
NOSE - chronic nasal congestion

PAST HISTORY: Infections - no history of TB, HIV, hepatitis or other serious infectious diseases; Illnesses - allergic rhinitis; Accidents - Rear end  auto injury in 12/08; Surgeries - foot/ankle surgery and Pillar procedure and uvulectomy 2008;

FAMILY HISTORY:


ALLERGIES: sulpha

EXAMINATION:

VITAL SIGNS: B/P -


CONSTITUTIONAL - well nourished, well developed, looks like stated age and in no distress

EYE - PERRL, EOMI, no nystagmus, conjunctivae are clear and no hemorrhage

EXTREMITIES - no clubbing, cyanosis or edema, no deformities

Patient: MARSHALL, CORBY    MRNO: 1912    DOB: 04/09/    -    Continued
NEUROLOGICAL - normal gait and cranial nerves II-XII intact

PSYCHIATRIC - alert, oriented to time, place, person and no difficulty with speech or language

Ear Inspection - Tympanic membranes clear and intact bilaterally, external auditory canals clear bilaterally
Ear Audiometry - somewhat worse high freq sensorineural loss in both ears: 10 dB drop at 6 AS and 5 dB drop at 8 kHz AD

Face Inspection - no significant skin lesions or evidence of significant infections or inflammatory processses

DECISION MAKING:

ASSESSMENT:
1. Tinnitus/Left, Unchanged
2. Hearing loss, sensorineural/Left, Worsening
3. Allergic rhinitis, Stable

DRUG RX: Flonase 50 Mcg/actuation 1 Spray each nostril QD and Xyzal 5 mg 1 PO Q AM

The following drugs were stopped: Flonase 50 mcg/Actuation

PATIENT EDUCATION/COUNSELING: Hearing Conservation.

FOLLOWUP: Return Visit in 6 Months- repeat audiogram

_____
Electronically signed by DR. JOHNSON 9/21/2009 10:32:23

**Savannah Neurology, P.C.**
5356 Reynolds Street, Suite 300   Savannah, Georgia 31405
(912) 353-3333   Fax (912) 790-4840
1-800-531-7776

Thomas M. Stanley, M.D.      J. Michael Hemphill, M.D.
Joel A. Greenberg, M.D.      Eric M. Pearlman, M.D.
Jessica F. Carter, M.D.      Katherine M. Moretz, M.D.

---

PatientID: 16
Patient Name: CORBY MARSHALL
Date of Birth: 04/09/
Age: 39 y
Date of Service: 02/23/2009

Robert Johnson, M.D.
1000 Towne Center Blvd.
Savannah, Georgia 31322

Dear Dr. Johnson:

We are seeing Corby Marshall who comes in with a chief complaint of tinnitus occurring post-traumatically 12/17/2008.

**HISTORY OF PRESENT ILLNESS:**
The patient believes that he did not have any significant tinnitus prior to a car accident on 12/17. Since that time he has been quite bothered by the tinnitus in both ears but it gives the perception that it is posteriorly into the left. He had a CT scan done after the accident and a arachnoid cyst was also identified. He believes the scan was about one month after the accident. He did not have loss of consciousness and it was a feeling that the arachnoid cyst was an incidental finding not related to the accident. Since the accident, the patient has had problems with insomnia, he felt a great deal of anxiety when the tinnitus is quite apparent in a quiet room. At times he has had difficulties with hearing discrimination when there are competing noises. He states he did have his hearing tested in relationship to artillery in the service and that he had been very careful to use hearing protectors and did not have any loss from his service exposure. He feels some degree of anxiety when people are talking with him and he can't understand them. Fortunately he did not lose consciousness at the time of his accident, which was a rear end collision.

**CURRENT MEDICATIONS:**
SINGULAIR ORAL TABLET 10 MG, AS NEEDED
FLONASE NASAL SUSPENSION 50 MCG/ACT, AS NEEDED
AMBIEN CR ORAL TABLET CONTROLLED RELEASE 12.5 MG, AS NEEDED
AMBIEN ORAL TABLET 10 MG, AS NEEDED

**MEDICATION ALLERGIES:**
SULFA

**PAST MEDICAL HISTORY:**
Includes allergies, previous broken ankle in 1986.

Page 1 of 4

## Savannah Neurology, P.C.
5356 Reynolds Street, Suite 300   Savannah, Georgia 31405
(912) 353-3333  Fax (912) 790-4840
1-800-531-7776

| | |
|---|---|
| Thomas M. Stanley, M.D. | J. Michael Hemphill, M.D. |
| Joel A. Greenberg, M.D. | Eric M. Pearlman, M.D. |
| Jessica F. Carter, M.D. | Katherine M. Moretz, M.D. |

---

PatientID: 16
Patient Name: CORBY MARSHALL
Date of Birth: 04/09/
Age: 39 y
Date of Service: 02/23/2009

**SOCIAL HISTORY:**
He is married and has children ages 13, 9, 7 and 1.

**HABIT HISTORY:**
No smoking, may take alcohol a few times a month. Denies any drug abuse. He does take caffeinated drinks daily. He exercises sometimes and has currently no dietary restrictions. He denies any physical abuse. He has had a motor vehicle accident as mentioned.

**FAMILY HISTORY:**
Parents had cancer, sister had melanoma. Father had gout, mother has weight problems and thyroid disease, one brother had depression which may have been in relationship to alcohol use and medications.

**OTHER HISTORIES:**
Past medical, surgical, social, family history and review of systems have been documented by the patient and/or guardian and the MOA/RN on the initial Medical History Form, reviewed by the physician and are appended to the chart.

**REVIEW OF SYSTEMS:**
Essentially non-contributory of multiple systems reviewed except as noted above, the tinnitus to the ears.

**PHYSICAL EXAMINATION:**

| | |
|---|---|
| Vital Signs: | VS-HEIGHT: 6ft2in |
| | VS-WEIGHT: 244lbs |
| | VS-PULSE: 82 Apical, Regular |
| | VS-BLOOD PRESSURE: 125/72 Right Arm Sitting |
| | VS-RESPIRATION: 82 |
| Integument: | There appear to be no significant lesions present. There is normal-appearing hair and skin. |
| Head: | There appear to be no anomalies. The head appears to be of normal size. |
| Neck: | There appear to be no abnormalities. |
| Lymphatics: | No pain or lymphadenopathy is present in the axillary or cervical area. |
| Chest: | Clear to auscultation. |
| Heart: | No murmurs or gallops. |
| Abdomen: | Non-tender. No organomegaly. Normal bowel sounds. |
| Breast: | Deferred. |
| GU/Rectal: | Deferred. |

Page 2 of 4

## Savannah Neurology, P.C.
5356 Reynolds Street, Suite 300   Savannah, Georgia 31405
(912) 353-3333  Fax (912) 790-4840
1-800-531-7776

| | |
|---|---|
| Thomas M. Stanley, M.D. | J. Michael Hemphill, M.D. |
| Joel A. Greenberg, M.D. | Eric M. Pearlman, M.D. |
| Jessica F. Carter, M.D. | Katherine M. Moretz, M.D. |

PatientID: 16
Patient Name: CORBY MARSHALL
Date of Birth: 04/09/
Age: 39 y
Date of Service: 02/23/2009

| | |
|---|---|
| Joints: | There is normal range of motion. |
| Spine: | There appears to be no significant kyphosis or scoliosis. |
| Extremities: | No cyanosis, clubbing, or edema. |
| Vascular: | The carotids are without bruits and 2+ bilaterally. |

### NEUROLOGIC EXAMINATION:

| | |
|---|---|
| Mental Status: | The patient is oriented to time, place, and person, shows good recent and remote memory, and has a good attention span and concentration. Language is fluent with good spontaneous speech and object-name retrieval. Fund of knowledge is compatible with education level. |
| Cranial Nerves: | I: Not examined.<br>II: The patient shows good visual acuity and normal funduscopic examination.<br>III, IV, VI: Pupils are round, reactive, and equal. Extraocular movements are full.<br>V. Three divisions of the trigeminal intact to pin appreciation, touch, and temperature.<br>VII. No facial asymmetries were noted. Good muscle strength in the face is noted.<br>VII. The patient complains of loud tinnitus which seems as though it is a high pitch coming from behind him on the left.<br>IX, X: The patient has intact palate reflex, good swallow, and phonation.<br>XI: Normal shoulder shrug and strap muscle strength.<br>XII: Tone is midline with no fasciculations. |
| Motor: | Good strength distally and proximally in the arms and legs. |
| Sensation: | Normal sensation to pin and touch. |
| Reflexes: | The deep tendon reflexes were found to be 2+ at the biceps, triceps, brachioradialis, finger-jerks, knees, and ankles. Toes are downgoing. |
| Gait: | There appear to be good associative arm movements. There is good toe-walking and heel-walking, as well as tandem gait. There is no pain on heel-standing or toe-standing.<br>Coordination: The patient demonstrated normal finger-to-nose, heel-to-shin, and diadochokinesis of the upper and lower extremities. |

**Savannah Neurology, P.C.**
5356 Reynolds Street, Suite 300   Savannah, Georgia 31405
(912) 353-3333   Fax (912) 790-4840
1-800-531-7776

Thomas M. Stanley, M.D.                J. Michael Hemphill, M.D.
Joel A. Greenberg, M.D.                Eric M. Pearlman, M.D.
Jessica F. Carter, M.D.                Katherine M. Moretz, M.D.

PatientID: 16
Patient Name: CORBY MARSHALL
Date of Birth: 04/09/
Age: 39 y
Date of Service: 02/23/2009

**IMPRESSION:**
1. **POST-TRAUMATIC TINNITUS:** This is in relationship to a car accident on December 17, 2008. He also has noted some discriminatory hearing difficulties.
2. **ANXIETY /INSOMNIA:** Since the accident, he has had difficulty sleeping. He has taken some sleep aids for his anxiety but he cannot people in relation to the tinnitus.
3. **INCIDENTAL ARACHNOID CYST FINDING BY CT. UNLIKELY TO BE RELATED TO THE ACCIDENT.**
4. **WEIGHT GAIN.**
5. **HISTORY OF SEASONAL ALLERGIES:** Pollen and mold.

**RECOMMENDATIONS:**
1. Avoid anti-inflammatory medications, NSAID's, aspirin as it might add to the tinnitus.
2. Check for conditions that might worsen tinnitus. Will check B12, CMP, RPR, TSH, lipids, 2-hour postprandial, uric acid, A1C hemoglobin.
3. MRI scan with gadolinium as the patient has a cyst on the brain.
4. Topamax trial of 25-50 mg q.h.s. to help with settling nerves and help with sleep and any pain. The patient previously had intermittent headaches.
5. The patient has a weight goal of 205 pounds.
6. Return to us in two weeks.

Thank you very much.

Sincerely,


THOMAS M. STANLEY, M.D., F.A.C.P.
TMS/sgb/T:2-27-09/f



Southeast ENT &
Facial Plastic Surgery, PC

October 14, 2009

MEMORANDUM: Corby Marshall

As an otolaryngologist, I have cared for Mr. Marshall for several years. In December, 2008, he was the victim of a sudden acceleration/deceleration injury, commonly referred to as being "rear-ended" in his automobile. He subsequently developed high frequency sensorineural hearing loss in both ears and severe tinnitus in his left ear as measured in February, 2009. His most recent audiogram prior to this event was reported as normal, performed during his exit physical examination upon discharge from the US Army in 1995. Unfortunately, this accident resulted in further deteriorating hearing in both ears as measured in September, 2009. His tinnitus continues to be distressing to him. There is, in fact, no medically effective treatment for tinnitus. Protracted tinnitus is, at best, distracting, and in the worst cases can cause significant emotional distress. Both his hearing loss and tinnitus are permanent and unremediable conditions. In fact, the accident appears to have set the stage for progressive bilateral sensorineural hearing loss that may result in the need for amplification at an early age.

Robert E. Johnson, MD, FACS

Robert E. Johnson, M.D., FACS
1000 Towne Center Boulevard, Bldg. 500, Suite 501
Pooler, GA  31322
Office (912) 330-5030
Fax (912) 330-5033
www.southeastent.com