FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2012 JUN 14 AM 8: 51

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**CORBY MARSHALL and**
**SUMMER MARSHALL, his wife,**
      **Plaintiffs,**
vs.                                  **CASE NO. 3:10-cv-1057-J-20JBT**

**UNITED STATES AUTOMOBILE ASSOCIATION,**
**a Foreign Corporation, STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY, a**
**Foreign Corporation, and JOSEPH P. DELANEY,**
**individual,**
      **Defendants.**
_____/

## ORDER

This matter is before this Court on Plaintiff, Summer Marshall's, Notice of Voluntary Dismissal Without Prejudice (Dkt. 110). In this pleading, Plaintiff Summer Marshal seeks to voluntarily dismiss her claim in this action, pursuant to Rule 41, Federal Rules of Civil Procedure. However, Rule 41 specifically provides:

> (a) Voluntary Dismissal.
> (1) By the Plaintiff.
> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) a stipulation of dismissal signed by all parties who have appeared.

Answers have been filed in this case (Dkts. 3 and 9) as well as motions for summary judgment (Dkts. 87 and 88). The applicable portions of Rule 41, therefore, do not permit Plaintiff Summer Marshall to voluntarily dismiss her cause of action without prejudice at this time.

Accordingly it is **ORDERED**:

Plaintiff, Summer Marshall's, Notice of Voluntary Dismissal Without Prejudice (Dkt. 110) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 13 day of June, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Paul J. Healy, Esq.
Brian James Lee, Esq.
Laura L. Starrett, Esq.
Dennis P. Dore, Esq.
Pamela J. Nelson, Esq.
Kristen M. Van Der Linde, Esq.
Billie Jo Taylor, Esq.
Diane L. Paull, Esq.