## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CORBY MARSHALL and
SUMMER MARSHALL, his wife,

      Plaintiffs,                      CASE NO.:    3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

      Defendants.

_____

### PRETRIAL STIPULATION

Pursuant to the Case Management and Scheduling Order dated June 28, 2011, the

parties hereby submit the following Pretrial Stipulation.

**1.  The basis of federal jurisdiction:**

This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441 in

that there is diversity of citizenship between the Plaintiffs and each of the Defendants, and

the amount in controversy exceeds $75,000, exclusive of interest and costs.

**2.  A concise statement of the nature of the action:**

This is a personal injury action with claims of negligence against Defendant Joseph

Delaney, and claims of breach of uninsured/undersinsured policy contracts against Defendant

USAA and Defendant State Farm.

**3.    A brief, general statement of each party's case or contentions:**

**Plaintiffs' Contentions:**

On December 17, 2008, a motor vehicle collision occurred on J. Turner Butler Boulevard in Jacksonville, Florida, between Plaintiff Corby Marshall and Defendant Joseph Delaney. Defendant Delaney was negligent in the operation of his motor vehicle and Defendant Delaney was the sole cause of the motor vehicle collision, and his negligence caused permanent injuries to the Plaintiff in the past, and Plaintiff will suffer damages into the future. Defendants State Farm and USAA breached the provisions of their respective insurance policies in not paying uninsured/underinsured benefits under those policies to the Plaintiff as a result of the motor vehicle collision. Plaintiff Summer Marshall has suffered consortium damages as a result of Plaintiff Corby Marshall's injuries.

**Defendant's Contentions:**

**Defendant Delaney**

Defendant Delaney agrees that an incident occurred on December 17, 2008, wherein his automobile struck the rear of Plaintiff Corby Marshall, but does not agree that the accident caused injury to the Plaintiffs and therefore Plaintiffs have not sustained any permanent injury.

**Defendant State Farm**

Defendant State Farm agrees that there was a collision between Plaintiff Corby Marshall and Defendant Delaney, but contends that the collision did not cause injury to the Plaintiffs. State Farm also denies that Defendant Delaney is an uninsured/underinsured

motorist.

**Defendant USAA**

As a result of the accident as described above, Plaintiff, Corby Marshall, made a claim for the underinsured motorist provisions of his automobile policy with USAA. Defendant USAA denies the causation of Plaintiff, Corby Marshall's injuries and denies that Plaintiff, Corby Marshall suffered a permanent injury as a result of the automobile accident on December 17, 2008.

**4.      A list of all witnesses who will be called at trial:**

See attached.

**5.      A list of all exhibits, with statement of objections thereto except as to relevance, to be used at the trial of this case:**

See attached, along with any objections to said exhibits.

**6.      List of all deposition testimony to be offered into evidence:**

None known at this time.

**7.      List and brief description of any charts, graphs, models, schematic diagrams, and similar objects which, although not to be offered as evidence, counsel intends to use in opening statements or closing arguments:**

The parties' counsel intend to use PowerPoint presentations in both opening and closing arguments, which will contain argument of counsel and exhibits that have been offered as evidence in this case.

**8.      A concise statement of those facts which are admitted and will require no proof at trial, together with any specific reservations directed to such admissions:**

(1)      Corby Marshall and Joseph Delaney were involved in a motor vehicle

3

incident on J. Turner Butler Boulevard in Jacksonville, Florida, on December 17, 2008.

(2)     Joseph Delaney's vehicle rear-ended Corby Marshall's vehicle.

(3)     Corby Marshall's date of birth is                    .

(4)     Plaintiffs have available to them coverage under the underinsured motorist provisions of State Farm, subject to the terms and conditions of the policy.

(5)     Plaintiffs are insured with USAA, which has an underinsured motorist provision which provides coverage to Plaintiffs, subject to the terms and conditions of the policy.

**9.      A concise statement of those issues of law on which there is agreement:**

(1)     The causes of action between the Plaintiffs and Defendants herein is controlled by substantive Florida law.

(2)     There is no third party that is negligent for the crash.

(3)     Plaintiff Corby Marshall was not negligent for the crash.

(4)     The parties may use copies in lieu of originals.

(5)     The parties stipulate that record custodians are not required for the admission of exhibits listed on the parties' Exhibit Lists.

(6)     The parties stipulate to the authenticity only of all medical treatment records and medical billing invoice exhibits without the necessity of trial testimony of any records custodians as to authenticity only.

4

**10. A concise statement of those issues of fact which remain to be litigated:**

(1)     Whether the Plaintiff Corby Marshall  sustained an injury or injuries as a result of the motor vehicle incident.

(2)     Whether the Plaintiff Corby Marshall sustained a permanent injury or injuries as a result of the motor vehicle incident.

(3)     Damages, including compensatory and non-economic damages of Plaintiff Corby Marshall.

(4)     Consortium damages of Plaintiff Summer Marshall

(5)     Any Personal Injury Protection, Medical Payments coverage, and/or collateral source setoff entitlement to Defendants.   The parties stipulate that the jury shall not be presented with any evidence regarding the existence of Personal Injury Protection, Medical Payments coverage, and/or collateral sources; however, the parties agree that the judge will be presented with these issues, including any setoff matters, post-trial.

(6)     Any setoffs available as to State Farm and USAA's UM policies. The parties agree that the judge will be presented with any arguments regarding setoff matters post-trial.

(7)     Whether Plaintiffs are entitled to coverage from USAA for damages sustained as a result of the motor vehicle incident in question before all coverage available from State Farm is awarded, and all appropriate

offsets for Personal Injury Protection, Medical Payments coverage, and/or collateral source setoffs are applied.

11. **A concise statement of those issues of law which remain for determination by the Court:**

   (1) Issues regarding the particular exhibits that have been objected to by the parties.

   (2) Issues set forth in the parties' Motions in Limine and other Motions set forth below.

12. **A list of all motions or other matters which require action by the Court.**

   (1) Plaintiffs' First Motion in Limine re military service of Dr. Richard Beck.

   (2) Plaintiffs' Second Motion in Limine re previous unrelated Workers Compensation claim.

   (3) Plaintiffs' Third Motion in Limine re prior unrelated medical conditions of Plaintiff Corby Marshall.

   (4) Plaintiffs' Agreed Fourth Motion in Limine.

   (5) Plaintiffs' Fifth Motion in Limine re marriage and psychological counseling.

   (6) Plaintiffs' Sixth Motion in Limine re various matters.

   (7) Plaintiffs' Seventh Motion in Limine re statements not for the purposes of medical care/treatment.

6

(8)     Plaintiffs' Eighth Motion in Limine re comments of counsel.

(9)     Plaintiffs' Ninth Motion in Limine re statements regarding injury.

(10)    Plaintiffs' Motion for Dismissal of Summer Marshall

(11)    Defendant State Farm's Motion in Limine

(12)    The parties' Motions to Allow Electronic Equipment

(13)    Defendant Joseph P. Delaney's First Motion in Limine re deposition
        testimony

(14)    Defendant Joseph P. Delaney's Second Motion in Limine re alcohol

(15)    Defendant Joseph P. Delaney's Third Motion in Limine re Testimony
        and Opinions of J. Douglas Green, M.D.

(16)    Defendant Joseph P. Delaney's Fourth Motion in Limine re
        Testimony and Opinions of Thomas Stanley, M.D.

(17)    Defendant Joseph P. Delaney's Fifth Motion in Limine re Testimony
        and Opinions of Robert Johnson, M.D.

(18)    Defendant Joseph P. Delaney's Sixth Motion in Limine re Testimony
        and Opinions of Physicians at Savannah Speech & Hearing

(19)    Defendant Joseph P. Delaney's Seventh Motion in Limine re
        Testimony and Opinions of Richard Toothman, M.D.

(20)    Defendant Joseph P. Delaney's Request for Oral Argument on
        Motions in Limine

(21)    Defendant Joseph P. Delaney's Motion to Strike Plaintiffs' Witnesses

13.     **A concise statement of any disagreement as to the application of the rules**
        **of evidence or of the Federal Rules of Civil Procedure.**

There is no disagreement at this time as to the application of the rules of evidence or

of the Federal Rules of Civil Procedure to this case.

14.     **An estimated length of trial.**

The parties anticipate the case will take no more than four days.

15.     **A statement describing any other matters that might expedite a**
        **disposition of the case.**

No other matters at this time.

16.     **This pretrial stipulation has been formulated after conference at which**
        **counsel for the respective parties have appeared in person.  Reasonable**
        **opportunity has been afforded counsel for corrections, or additions,**
        **prior to signing.  Hereafter, this stipulation will control the course of the**
        **trial and may not be amended except by consent of the parties and the**
        **Court, or by order of the Court to prevent manifest injustice.**

17.     **Possibility of settlement of this case was considered.**

8

**SCHULER & LEE, P.A.**

*/s/ Brian J. Lee*

By: _____

**BRIAN J. LEE**
Fla. Bar No.:  561681
644 Cesery Boulevard, Suite 250
Jacksonville, Florida 32211
(904) 396-1911 (phone)
(904) 396-1941 (fax)
Brian@schulerlee.com
Attorneys for Plaintiffs

**LAW OFFICE OF PAUL HEALY**

*/s/ Paul J. Healy*

By:_____

**PAUL J. HEALY**
Fla. Bar No.:  79955
1830 Atlantic Blvd.
Jacksonville, Florida 32207
(904)391-0029 (phone)
(904)399-4540 (fax)
nflaw@bellsouth.net
Attorneys for Plaintiff

**DORE & ASSOCIATES**

*/s/ Dennis P. Dore*

By: _____

**DENNIS P. DORE**
Fla. Bar No.:  356360
3020 Hartley Rd., Suite 250
Jacksonville, Florida 32257
(904)358-7881 (phone)
(904)358-7899 (fax)
dpdore@dorelaw.com
Attorney for Joseph P. Delaney

**LYNN LEONARD & ASSOCIATES**

*/s/ Laura L. Starrett*

By: _____

**LAURA L. STARRETT**
Fla. Bar No.: 308137
1200 Riverplace Blvd., Suite 640
Jacksonville, Florida 32207
(904)493-3400 (phone)
(904)493-3460 (fax)
laura.starrett.qe9c@statefarm.com
Attorney for State Farm Mutual

**BOYD & JENERRETTE, P.A.**

*/s/ Kristen Van Der Linde*

By: _____

**KRISTEN VAN DER LINDE**
Fla. Bar No.:  964573
201 N. Hogan Street, Suite 400
Jacksonville, Florida 32202
(904)353-6241 (phone)
(904)493-3739 (fax)
kvanderlinde@boyd-jenerette.com
Attorney for USAA

9

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CORBY MARSHALL,

      Plaintiff,              CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

      Defendants.

## EXHIBIT LIST OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

| No. | Description | Objection | Stipulation |
|-----|-------------|-----------|-------------|
| 1. | Deposition transcript of Corby Marshall and all attached exhibits | | |
| 2. | Deposition transcript of Summer Marshall and all attached exhibits | | |
| 3. | All medical records, films, diagnostic studies and billing of Corby Marshall, including the following | | |
| | a). Medwell | | |
| | b). Crucial Care Baymeadows | | |
| | c). Savannah Neurology, P.C. | | |
| | d). Jacksonville Hearing & Balance Institute at Center One | | |
| | e). Southeast ENT & Facial Plastic Surgery, P.C. | | |
| | f) Linda Miller-Dowie, LCSW, CEAP | Plaintiffs objects to this exhibit. | |
| | g) Dr. Ondrejicka | | |
| | h) United States Army | | |
| 4. | Photographs of vehicles involved in the accident | | |

| No. | Description | Objection | Stipulation |
|-----|-------------|-----------|-------------|
| 5. | Blowups of selected medical records of Corby Marshall | Plaintiffs object to this exhibit to the extent it would include medical records from Linda Miller-Dowie, LCSW, CEAP | |
| 6. | Any and all demonstrative aids and/or used by experts | | |
| 7. | Any and all answers to Interrogatories, Response to Request to Produce and Request for Admissions. | | |
| 8. | Any and all exhibits of Plaintiffs and Co-Defendants not objected to | | |

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CORBY MARSHALL,

      Plaintiff,                    CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

      Defendants.
_____

**NOTICE OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY'S WITNESS DISCLOSURE**

      Defendant, State Farm Mutual Automobile Insurance Company, pursuant to and through
its undersigned counsel, makes the following witness disclosure:

    1.     Richard A. Beck, ,M.D., FACS, FARS

            Jacksonville, FL 32216

      Dr. Beck will testify at trial. His disclosure and report were provided pursuant to Rule 26
(a)(2)(B), Federal Rules of Civil Procedure. Dr. Beck performed a compulsory medical
examination of the Plaintiff and is expected to testify regarding the medical condition of the
Plaintiff.

    2.     Corby Marshall

            Atlantic Beach, Florida

    3.     Summer Marshall

            Savannah, Georgia

    4.     Joseph Delaney

            Ponte Vedra, Florida

5.     Defendant reserves the right to call any witnesses listed by plaintiff or co-defendants

6.     Any and all records custodians, unless otherwise waived

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL,

      Plaintiff,                   CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a              Evidentiary
foreign corporation, STATE FARM MUTUAL                   Trial
AUTOMOBILE INSURANCE COMPANY, a foreign             Other
corporation, and JOSEPH P. DELANEY,

      Defendants.

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A. | | | | Linda Miller-Dowie, LCSW, CEAP– medical records. **Plaintiffs object to this exhibit.** |
| B. | | | | Southeast ENT & Facial Plastic Surgery, P.C. (and all treating healthcare providers contained within the records) – medical records |
| C. | | | | Medwell. (and all treating healthcare providers contained within the records) – medical records |
| D. | | | | Crucial Care BayMeadows (and all treating healthcare providers contained within the records) – medical records |
| E. | | | | Savannah Neurology (and all treating healthcare providers contained within the records) – medical records |
| F. | | | | Jacksonville Hearing & Balance Institute (and all treating healthcare providers contained within the records) – medical records |

**DEFENDANT USAA'S EXHIBIT LIST**

| DEFENDANT USAA'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| G. | | | | Dr. John Ondrejicka – medical records |
| H. | | | | Memorial Medical Associates (and all treating healthcare providers contained within the records) – medical records |
| I. | | | | Savannah Speech & Hearing Center (and all treating healthcare providers contained within the records) – medical records |
| J. | | | | Beaches Family Medicine (and all treating healthcare providers contained within the records) – medical records |
| K. | | | | SouthCoast Medical Group (and all treating healthcare providers contained within the records) – medical records |
| L. | | | | CVS Pharmacy – prescription records |
| M. | | | | United States Army personnel records – employment and medical records |
| N. | | | | United States Army medical records– medical records |
| O. | | | | Property damage photographs of Defendant, Delaney's vehicle |
| P. | | | | Property damage photographs of Plaintiff's vehicle |
| Q. | | | | Curriculum Vitae of Richard Allan Beck, M.D., FACS, FARS |

| DEFENDANT USAA'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| R. | | | | Narrative Report of Richard Allan Beck, M.D., FACS, FARS **Plaintiffs object to this exhibit** |
| S. | | | | PIP/MedPay/Tricare – insurance/medical records for post-verdict consideration by Court **Plaintiffs object to this exhibit.** |
| T. | | | | Medical bills of providers listed herein |
| U. | | | | X-rays, MRIs or CTs of the Plaintiff |
| V. | | | | ICD-9 Codes **Plaintiffs object to this exhibit** |
| W. | | | | All blowups, enlargements and charts of any exhibit or photographs listed on this schedule |
| X. | | | | All medical diagrams, charts, exhibits, and skeletal models relating to Plaintiff's injuries |
| Y. | | | | All exhibits identified in all depositions taken in this matter. |
| Z. | | | | All diagrams, charts, photographs and exhibits utilized by any expert witnesses at the trial of this case |
| AA. | | | | Exhibits necessary for impeachment or rebuttal |
| BB. | | | | Any and all exhibits disclosed by Plaintiff, not otherwise objected to |

## DEFENDANT USAA'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| CC. | | | | Any and all exhibits disclosed by Co-Defendants, not otherwise objected to |

**IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CORBY MARSHALL,

      Plaintiff,                  CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

      Defendants.

**DEFENDANT UNITED STATES
AUTOMOBILE ASSOCIATION'S WITNESS LIST**

Defendant, United States Automobile Association ("USAA"), by and through its

undersigned attorneys, pursuant Fed. R. Civ. P. 26(3)(A), hereby disclose the following

witnesses which the Defendant (a) expects to present at trial; (b) may call if the need arises; and

(3) expects to present by deposition testimony.

    **(a)**    **Witnesses Defendant Expects to Present at Trial**

    1.    Richard A. Beck, ,M.D., FACS, FARS

        Jacksonville, FL 32216

    **(b)**    **Witnesses Defendant May Call if the Need Arises**

    2.    Corby Marshall

        Atlantic Beach, Florida

    3.    Summer Marshall

        Savannah, Georgia

4.    Joseph Delaney

      Ponte Vedra, Florida

5.    Defendant reserves the right to call any witnesses listed by plaintiff or co-defendants, not otherwise objected to.

6.    Any and all records custodians, unless otherwise waived

7.    All persons whose depositions have been taken in this case.

8.    Any and all applicable rebuttal and impeachment witnesses.

**(c)    Witnesses Defendant Expects to Present by Deposition Testimony**

9.    None at this time.

10.   Defendant reserves the right to present deposition testimony of any witnesses deposed for use at trial as agreed to by the parties.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Case No.: 3:10-CV-1057-20JBT

CORBY MARSHALL and
SUMMER MARSHALL, his wife

    Plaintiffs,

v.

UNITED STATES AUTOMOBILE ASSOCIATION, a
Foreign Corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a
Foreign Corporation, and JOSEPH P. DELANEY,
Individual

    Defendants.

_____/

## EXHIBIT LIST OF DEFENDANT
## JOSEPH P. DELANEY

| No. | Description | SA | S E | Obj |
|---|---|---|---|---|
| 1. | Transcript of deposition of Corby Marshall, and any and all exhibits related thereto. | | | |
| 2. | Transcript of deposition of Summer Marshall, and any and all exhibits related thereto. | | | |
| 3. | Transcript of deposition of Linda Miller-Dowie, and any and all exhibit related thereto. | | | Plaintiffs object to this exhibit. |
| 4. | All records, films, diagnostic studies and billing pertaining to Plaintiff Corby Marshall, including the following:<br>a. Linda Miller-Dowie, LCSW, CEAP<br>b. Southeast ENT & Facial Plastic Surgery, P.C.<br>c. Medwell<br>d. Crucial Care BayMeadows<br>e. Savannah Neurology<br>f. Jacksonville Hearing & Balance Institute<br>g. Dr. Ondrejicka<br>h. United States Army | | | Plaintiffs object to this exhibit to the extent of Linda Miller-Dowie's medical records |

| No. | Description | SA | SE | Obj |
|---|---|---|---|---|

| 5. | All records received pursuant to Plaintiff's authorization or consent for disclosure and/or Subpoena Duces Tecum Without Deposition directed to Tricare or any other military or other health care policy, or other collateral source. | | | |
| 6. | Photographs of the vehicles involved in the subject accident. | | | |
| 7. | Redacted cell phone record of Joseph Delaney for 12/17/08 7:43 PM to and including 12/18/08 7:53 AM. | | | |
| 8. | Any and all Answers to Interrogatories, Responses to Requests for Production and Requests for Admission. | | | |
| 9. | Composite joint exhibit of all of Plaintiff's medical records, if agreed, and not otherwise objected to. | | | |
| 10. | Composite joint exhibit of all of Plaintiff's medical bills, if agreed, and not otherwise objected to. | | | |
| 11. | Any all exhibits and/or demonstrative aides used by experts, not otherwise objected to. | | | |
| 12. | All exhibits listed by Plaintiff and Co-Defendants, not otherwise objected to. | | | |
| 13. | Defendant reserves the right to amend this list as litigation proceeds. | | | |

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Case No.: 3:10-CV-1057-20JBT

CORBY MARSHALL and
SUMMER MARSHALL, his wife

    Plaintiffs,

v.

UNITED STATES AUTOMOBILE ASSOCIATION, a
Foreign Corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a
Foreign Corporation, and JOSEPH P. DELANEY,
Individual

    Defendants.

_____/

## WITNESS LIST OF DEFENDANT
## JOSEPH P. DELANEY

Pursuant to the Court's instructions, and the Federal Rules of Civil Procedure,

Defendant, JOSEPH P. DELANEY, discloses the following witnesses who may be

called to testify at the trial of this matter:

1.    Corby Marshall, Plaintiff

    Atlantic Beach, FL

2.    Summer Marshall, Plaintiff

    Savannah, GA

3.    Joseph P. Delaney

    Ponte Vedra, Florida

4.    Lynn Delaney

    Ponte Vedra, Florida

5.      Richard Allan Beck, MD, FACS, FARS

        Jacksonville, FL 32216

6.      Dr. John Ondrejicka

        Neptune Beach, FL 32266

7.      Dr. Robert Johnson

        Pooler, GA 31322

8.      Linda Miller Dowie, LCSW

        Jacksonville Beach, FL 32250

9.      All witnesses listed by Plaintiff, not otherwise objected to.

10.     Any and all records custodians, unless otherwise waived.

11.     All persons whose depositions have been taken in this case.

12.     Any and all applicable rebuttal and impeachment witnesses.

13.     This Defendant reserves the right to amend this list as this litigation proceeds.

## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CORBY MARSHALL and SUMMER MARSHALL,
His wife,

        Plaintiff,                    CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

        Defendants.

## EXHIBIT LIST

| No. | Description | Objection | Stipulation |
|---|---|---|---|
| 1. | All redacted medical records of Corby Marshall pre December 17, 2008, and a summary of same | Yes | |
| 2. | All redacted medical records of Corby Marshall post December 17, 2008, and summary of same | Yes | |
| | a). Southeast ENT & Facial Plastic Surgery, P.C. | Yes | |
| | b). Medwell | Yes | |
| | c). Crucial Care Baymeadows | Yes | |
| | d). Savannah Neurology, P.C. | Yes | |
| | e). Jacksonville Hearing & Balance Institute at Center One | Yes | |
| 3. | Blowups of selected redacted medical records of Corby Marshall | Yes | |
| 4. | All redacted post-crash medical and prescription bills for Corby Marshall from any and all providers, and a summary of same. | Yes | |
| 5. | All post-crash x-rays, MRIs and any other films taken of Corby Marshall | | |
| 6. | Photographs of activities of Corby Marshall before and after crash | Yes | |

**IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CORBY MARSHALL and SUMMER MARSHALL,
His wife,

        Plaintiff,               CASE NO.:   3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

        Defendants.

## EXHIBIT LIST

| No. | Description | Objection | Stipulation |
|-----|-------------|-----------|-------------|
| 7. | Diagram/Blowup of Crash Scene | Yes | |
| 8. | Photographs of vehicles involved in crash | | |
| 9. | Curriculum vitae of Robert Johnson, M.D. | Yes | |
| 10. | Curriculum vitae of Dr. Green | Yes | |
| 11. | Any and all surveillance footage obtained by Defendants and/or DVDs/tapes to the extent Plaintiff does not object | | |
| 12. | Any and all demonstrative aids used by experts | Yes as to plaintiff | |
| 13. | Written deposition of Defendant, Joseph Delaney | | |
| 14. | Any and all exhibits to all written depositions. | | |
| 15. | Any and all of Defendants' answers to Interrogatories, Response to Request to Produce and Request for Admissions. | | |
| 16. | Any and all exhibits of Defendants not objected to | | |
| 17. | Curriculum Vitae of Richard Beck, M.D. | Yes | |
| 18. | Fee Schedule of Richard Beck, M.D. | | |
| 19. | Case history of Richard Beck, M.D. | | |

## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CORBY MARSHALL and SUMMER MARSHALL,
His wife,

    Plaintiff,                CASE NO.: 3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

    Defendants.

## EXHIBIT LIST

| No. | Description | Objection | Stipulation |
|-----|-------------|-----------|-------------|
| 20. | Sound recording of Hearing Test performed on Corby Marshall | Yes | |
| 21. | Video of Hearing Test performed on Corby Marshall | Yes | |
| 22. | Aerial View of Crash Scene | Yes | |
| 23. | State Farm's Insurance Policy | Yes | |
| 24. | Affidavit of Robert Johnson | Yes | |
| 25. | Illustrations of hearing test machines | Yes | |
| 26. | Illustrations/Diagrams of Ear | Yes | |
| 27. | All property damage records | | |
| 28. | USAA's Insurance Policy | Yes | |

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL and
SUMMER MARSHALL, his wife,

     Plaintiffs,

                                CASE        NO.:
                                3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

     Defendants.

_____

## PLAINTIFFS' WITNESS LIST

(1)     Mr. Corby Marshall
         c/o Brian Lee, Esquire
         644 Cesery Boulevard, Suite 250
         Jacksonville, Florida 32211
         Expected to testify regarding liability and damages
         Will be called to testify at trial

(2)     Mrs. Summer Marshall
         c/o Brian Lee, Esquire
         644 Cesery Boulevard, Suite 250
         Jacksonville, Florida 32211
         Expected to testify regarding damages of Corby Marshall
         Will be called to testify at trial

(3)     Mr. Joseph Delaney
         c/o Dennis Dore, Esquire
         Dore & Associates, LLC
         3020 Hartley Rd., Suite 250

Jacksonville, Florida   32257
Expected to testify regarding liability
May be called to testify at trial

(4)     Corporate Representative of State Farm
        Laura L. Starrett, Esquire
        1200 Riverplace Blvd., Suite 640
        Jacksonville, Florida   32207
        Expected to testify regarding liability under UM Policy
        May be called to testify at trial

(5)     Corporate Representative of USAA
        c/o Kristen M. Van Der Linde, Esquire
        Boyd & Jenerette
        201 North Hogan Street, Suite 400
        Jacksonville, Florida 32202
        Expected to testify regarding liability under UM Policy
        May be called to testify at trial

(6)     Robert E. Johnson, M.D., FACS (Objected to by Defendant, Delaney)
        Southeast ENT & Facial Plastic Surgery, P.C.

        Pooler, GA 31322-4061
        Expected to testify regarding matters set forth in Rule 26 Disclosure of Experts
        Will be called to testify at trial

(7)     Richard Toothman, M.D. (Objected to by Defendant, Delaney)
        Crucial Care Baymeadows

        Jacksonville, FL 32256
        Expected to testify regarding matters set forth in Rule 26 Disclosure of Experts
        May be called to testify at trial

(8)     J. Douglas Green, Jr., M.D. (Objected to by Defendant, Delaney)
        Jacksonville Hearing & Balance Institute at Center One

        Jacksonville, FL 32256
        Expected to testify regarding matters set forth in Rule 26 Disclosure of Experts
        Will be called to testify at trial

(9)     Thomas M. Stanley, M.D., FACP. (Objected to by Defendant, Delaney)
        Savannah Neurology PC

        Savannah, GA 31405-6018
        Expected to testify regarding matters set forth in Rule 26 Disclosure of Experts
        May be called to testify at trial

(10)    Physicians at Savannah Speech & Hearing Center (Objected to by Defendant,
        Delaney)

        Savannah, GA    31404
        Expected to testify regarding matters set forth in Rule 26 Disclosure of Experts
        May be called to testify at trial

(11)    J. A. Taylor, Badge # 7808
        Jacksonville Sheriff's Office
        Jacksonville, Florida 32211
        Expected to testify regarding his observations at the motor vehicle incident
        May be called to testify at trial

(12)    Whitney Marie Elliott

        Jacksonville, FL    32246
        Expected to testify regarding his observations at the motor vehicle incident
        May be called to testify at trial

(13)    Lynn Delaney

        Ponte Vedra, Florida 32081
        Expected to testify regarding his observations at the motor vehicle incident
        May be called to testify at trial

(14)    Rachel Dize

        Ponte Vedra Beach, FL    32082
        Expected to testify regarding his observations at the motor vehicle incident

May be called to testify at trial

(15)   Alvaro Fernandez (Objected to by Defendant, Delaney)

Jacksonville Beach, Florida 32250
Expected to testify regarding damage and repairs to vehicle driven by Plaintiff
in motor vehicle incident
May be called to testify at trial

(16)   Kee Kim Lam

Jacksonville, Florida 32224
Expected to testify regarding his observations at the motor vehicle incident and
any damage to his vehicle
May be called to testify at trial

(17)   Steve Hall (Objected to by Defendant, Delaney)

Savannah, GA 31404-1120
Expected to testify regarding damages of Corby Marshall
May be called to testify at trial.

(18)   Leslie Marshall (Objected to by Defendant, Delaney)

Borger, TX 79007-8235
Expected to testify regarding damages of Corby Marshall
May be called to testify at trial.

(19)   Jackie Marshall (Objected to by Defendant, Delaney)

Borger, TX 79007-8235
Expected to testify regarding damages of Corby Marshall
May be called to testify at trial.

(20)   Greg Hall (Objected to by Defendant, Delaney)

Savannah, GA 31408-2541
Expected to testify regarding damages of Corby Marshall
May be called to testify at trial.

(21)    Todd McClerran (Objected to by Defendant, Delaney)

        Jacksonville Beach, FL 32250-2224
        Expected to testify regarding damages of Corby Marshall
        May be called to testify at trial.

(22)    Nap De Padua, M.D. (Objected to by Defendant, Delaney)

        Jacksonville, FL 32225-7406
        Expected to testify regarding damages of Corby Marshall
        May be called to testify at trial.

(23)    John Ondrejicka,, M.D.

        Neptune Beach, FL 32266
        Expected to testify regarding damages of Corby Marshall
        May be called to testify at trial.

(24)    Any and all witnesses listed in other parties' witness lists, and any and all
        rebuttal and/or impeachment witnesses