# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**CORBY MARSHALL,**  Case No. 3:10-cv-1057-J-20JBT

    **Plaintiff,**

v.

**UNITED STATES AUTOMOBILE ASSOCIATION, et al.,**

    **Defendants.**

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Brian Lee | David R. Drill |
| Paul Healy | Billie Jo Taylor |
|  | Amy McGuiness |

**HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Emily Morin**
**Court Reporter: Shelli Kozachenko**

## CLERK'S MINUTES

**PROCEEDINGS OF PRETRIAL CONFERENCE:**

Counsel announced ready for trial.

Pretrial Order filed in open court.

Trial Procedures guideline provided to counsel.

Jury trial is set for the trial term commencing on **September 9, 2013, at 9:30 a.m.**

Counsel estimate trial length: **4 days**.

**DATE: July 24, 2013     TIMES: 10:04 a.m. - 10:40 a.m.     TOTAL: 36 Minutes**