1          UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
2            JACKSONVILLE DIVISION

3

4 CORBY MARSHALL and SUMMER
  MARSHALL, his wife,
5
              Plaintiffs,
6
  vs.           CASE NO.:  3:10-CV-1057-20JBT
7
  UNITED STATES AUTOMOBILE
8 ASSOCIATION, a foreign corporation,
  STATE FARM MUTUAL AUTOMOBILE
9 INSURANCE COMPANY, a foreign
  corporation, and JOSEPH P.
10 DELANEY,

11            Defendants.
  _____
12

13             DEPOSITION OF

14          CORBY WAYNE MARSHALL

15    Taken on behalf of Defendant Joseph P. Delaney

16       DATE TAKEN:  December 12, 2011

17       TIME:         1:24 p.m. - 3:13 p.m.

18       PLACE:       1660 Prudential Drive, Suite 210
                       Jacksonville, Florida 32202
19

20
       Examination of the witness taken before
21
         Cynthia Mattox Hammond
22       Florida Professional Reporter

23

24

25

EXHIBIT "E"

A P P E A R A N C E S

1
2 BRIAN LEE, ESQUIRE
3     Law Offices of Schuler and Lee, P.A.
4     644 Cesery Boulevard, Suite 250
      Jacksonville, Florida 32211
5
6 CARY A.W. BRASWELL, ESQUIRE
7     Boyd & Jenerette, P.A.
8     201 North Hogan Street, Suite 400
      Jacksonville, Florida 32202
9     appearing on behalf of Defendant United
10    States Automobile Association.
11 LAURA LIPSITZ STARRETT, ESQUIRE
12    Lynn Leonard & Associates
13    1200 Riverplace Boulevard, Suite 640
      Jacksonville, Florida 32207
14
15    appearing on behalf of Defendant State
      Farm Automobile Insurance Company.
16
17 DENNIS P. DORE, ESQUIRE
18    Dore & Associates
19    3020 Hartley Road North, Suite 250
      Jacksonville, Florida 32257
20    appearing on behalf of Defendant Joseph
21    P. Delaney.
22
23
24
25

I N D E X

2
3 Witness                              Page
4 CORBY WAYNE MARSHALL
5 DIRECT EXAMINATION                    4
6 BY MR. DORE
7 CROSS EXAMINATION                     57
8 BY MS. STARRETT
9 CROSS EXAMINATION                     61
10 BY MS. BRASWELL
11
12
13
14
15
16
17
18              (NO EXHIBITS)
19
20
21
22              - - -
23
24
25

1           CORBY WAYNE MARSHALL,
2 having been produced and first duly sworn as a witness
3 on behalf of Defendant Joseph P. Delaney and after
4 responding "I do" to the oath, testified as follows:
5                 DIRECT EXAMINATION
6 BY MR. DORE:
7     Q   Please state your full name.
8     A   Corby Wayne Marshall.
9     Q   And your home address?
10    A   7 Bluff Drive, Savannah, 31406.
11    Q   And you've lived there for how long?
12    A   I've -- we've had the house since 2005.
13    Q   Do you maintain a residence on at least a
14 part-time occasion in the Jacksonville area?
15    A   In Atlanta Beach.
16    Q   What's the address of that place?
17    A   It's 174 15th Street, Atlantic Beach.
18    Q   Is that a house or a condo?
19    A   It's a house.
20    Q   And your employer?
21    A   SAK Advisors, LLC.  I'm self-employed.  SAK
22 Advisors, LLC.
23        MS. BRASWELL:  I'm sorry, S --
24        THE WITNESS:  SAK --
25        MS. BRASWELL:  -- AK?

1         THE WITNESS:  -- advisors.
2         MS. BRASWELL:  Not SEA.
3         THE WITNESS:  SAK, yeah.
4 BY MR. DORE:
5     Q   And it's my understanding that you have agreed
6 to drop any claim for lost wages or loss of earning
7 capacity as a result of the motor vehicle accident
8 involved in this action?
9     A   That's fine.  That's not material.
10    Q   That's correct?
11    A   That's correct.
12        MR. LEE:  Yes.
13 BY MR. DORE:
14    Q   Prior to 2005 in Savannah, where did you live?
15    A   I lived in downtown Savannah at 110 Barnard.
16    Q   So whether it be Savannah or Atlantic Beach,
17 when is the last time that you lived anywhere other than
18 that?
19    A   To be clear, I had a house in Jacksonville
20 Beach prior to that in 2005, which I still own, but I
21 rent it now.  And I didn't rent it back then.  So I
22 lived -- you could say I lived in Florida and Georgia
23 prior to 2005.
24    Q   The last time you lived anywhere other than
25 Florida or Georgia was when?

1    A    I think in New York, West Point, which was
2  1991.  I'm sorry, it was actually Oklahoma was the
3  address.  I moved to Georgia prior to -- the basic
4  course for West Point, officer's basic course.
5    Q    Was where?
6    A    It's in Fort Sill, Oklahoma.  And prior to
7  that, I was in New York at West Point.
8    Q    So you were at Fort Sill for how long?
9    A    I don't know exactly.  I believe it was
10 between four and six months.
11   Q    And you served in the Army for how long?
12   A    I think it was -- it was four years and --
13 maybe four and a half years.  I don't know exactly.
14 Close to that.
15   Q    And I take it you were honorably discharged?
16   A    That's correct.
17   Q    And your rank upon discharge was?
18   A    I was a captain.
19   Q    Other than Fort Sill, where else were you
20 stationed during the period of time you were in the
21 service?
22   A    My actual first duty station was the 24th ID
23 in Fort Stewart, Georgia, which is how I ended up
24 originally in Savannah.
25   Q    And from there?

1    A    That was my only duty station.
2    Q    You've never done any tour overseas?
3    A    I was deployed in Kuwait and Somalia, but my
4  duty station always remained Fort Stewart.
5    Q    You were in the artillery branch; is that
6  correct?
7    A    That's correct.
8    Q    And did you see any active duty in Kuwait or
9  Somalia?
10   A    Yes.
11   Q    And the type of artillery that you were
12 involved with or in charge of was?
13   A    M109A6.
14   Q    Say that slower, please.
15   A    M109A6, 155-millimeter self-propelled
16 Howitzers, H-o-w-i-t-z-e-r.
17   Q    Were you going to say something else in
18 addition to that?  That's the only type of artillery?
19   A    Different model, the M109 but, no, that
20 was -- I mean --
21   Q    At any point while you served in the military,
22 did you seek any medical care or treatment for any issue
23 at all?
24   A    Yes.
25   Q    And where would that have been?

1    A    Overseas in Somalia was one.  At the hospital
2  in West Point was another.  That's all I can remember.
3    Q    The hospital in West Point would have been for
4  what?
5    A    I believe it was dehydration.
6    Q    And in Somalia was for?
7    A    Dysentery and I think I had -- I think I had
8  rectal bleeding from something.  It's Africa.
9    Q    And those would have been the only two
10 occasions that you would have sought any medical care or
11 treatment during your period of time in active duty
12 military?
13   A    I'm sure there are other times.  Those are the
14 only times that I actually remember being in a clinic or
15 whatever.  But I'm sure there were other times.  I just
16 don't remember everything.
17   Q    Is there someone now that you consider to be
18 your family physician?
19   A    It -- no, not currently.
20   Q    Have you had at any point in time someone that
21 you considered to be your family physician?
22   A    Yes, in the past I have, but not in several
23 years.
24        MR. DORE:  We can go off.
25        (Off-record discussion.)

1  BY MR. DORE:
2    Q    And that last person would have been whom?
3    A    I think his name was Dr. -- I think it would
4  have been Dr. Haghighi.
5    Q    Can you spell that, please.
6    A    I think I'm going to need to go back -- it's
7  Beaches Family Medicine in 2000 -- probably 2002, 2003.
8    Q    It sounds like Haghighi?
9    A    Haghighi, I believe.  But I really prefer to
10 look it up to be accurate.
11        MS. STARRETT:  H-a-g-h-i-g-h-i.
12        THE WITNESS:  Thank you.
13 BY MR. DORE:
14   Q    So then since 2003, you haven't had anyone you
15 considered to be your family physician?
16   A    I'm going under the concept that somebody I
17 see more than once in a row, so, no.  I've seen
18 Dr. Ondrejicka, I've seen Dr. Patel, but I haven't
19 really either liked somebody or been in the same town
20 when I had an issue so --
21   Q    The two doctors you named, I got Patel, but I
22 didn't get the other one.
23   A    Dr. Ondrejicka.
24   Q    Can you spell that one.
25   A    O-n-d-r-e -- i-e-j-e-c-k-i (sic), I think.

1  Again, I think I've only seen him once in his office.

2     Q    And the reason that you saw Dr. Ondrejicka?

3     A    Sleep, having trouble sleeping.

4     Q    And Dr. Patel, I don't suppose you know his or

5  her first name, do you?

6     A    No, sir, I don't.  It starts with a V.  I

7  can't say it.  I don't know.

8     Q    Vishnu?

9     A    Maybe.

10    Q    Where is Dr. Patel located?

11    A    In Savannah.

12    Q    Well, then it wouldn't be one I know.

13  Where in Savannah?  Do you know a street name?

14    A    I believe it's on Waters.

15    Q    And the reason or reasons that you saw

16  Dr. Patel?

17    A    Sleep, allergies.  I -- yeah, those are the

18  things that come to mind right now.

19    Q    Dr. Ondrejicka is in Savannah as well?

20    A    He's in Jacksonville.

21    Q    Jacksonville.  At the beach or just in

22  Jacksonville?

23    A    He's at the beach, Neptune Beach.

24    Q    Do you presently have health insurance?

25    A    I do.

1     Q    With whom?

2     A    Golden Rule.

3     Q    How long have you been insured with them?

4     A    I believe approximately four months.

5     Q    And before them?

6     A    Before them was AMS.

7     Q    And how long with them?

8     A    I believe it's 14 months.  I'm not positive,

9  though.

10    Q    And before them?

11    A    I believe it was a Blue Cross Blue Shield

12  carrier, but I'm not positive whom.

13    Q    These health insurers, are they through your

14  work or just private health insurance that you had?

15    A    Just pay for it.

16    Q    Well, if it was Blue Cross or whoever, the one

17  prior to AMS, do you know how long approximately you had

18  that health insurance?

19    A    No, sir, I don't recall.

20    Q    Is it fair to say that for the past ten years,

21  that you had consistent health insurance through that

22  period of time?

23    A    Yes.  I don't think there was any lapse of

24  health insurance.

25    Q    With Golden Rule, does it require you to have

1  a primary care physician?

2     A    Not that I'm aware of.  If they do, I don't

3  know about it.

4     Q    Or either AMS or Blue Cross, did it require

5  you to name a primary care physician?

6     A    It's possible.  I'm not sure.

7     Q    Do you know who that was for either one?

8     A    It would have probably depended on the time I

9  filled the application out, because it was probably who

10  I saw last.  But I really don't know.

11    Q    Have you ever been hospitalized for any reason

12  at all?

13    A    I was in the hospital for ankle surgery when I

14  was, I believe, a junior in high school.  I was

15  hospitalized for dehydration, as I said, in West Point.

16  And I don't think I was actually hospitalized in

17  Somalia, but I was in the clinic for part of a day.

18    Q    Other than the ankle surgery, have you ever

19  had any other type of surgical procedure?

20    A    No, nothing that I can think of.

21    Q    In the Jacksonville area, which would include

22  the beaches area as well, have you ever been seen at or

23  treated at an emergency room or acute care center?

24    A    I had to go to -- I think there's a -- the

25  place that did my MRI, I think, is considered an urgent

1  care.  It's on Baymeadows.  I don't remember the name.

2  I think it's considered an urgent care, but I went for

3  an MRI to there.

4     Q    MRI of?

5     A    My -- it was my head, for this -- to determine

6  whether or not I had a cranial fissure after the

7  accident.

8     Q    Otherwise have you been at an acute care,

9  urgent care, or emergency room anywhere in the

10  Jacksonville area at any time?

11    A    Not that I'm aware of.  No, I don't believe I

12  have.

13    Q    Who ordered the MRI of the head?

14    A    I think it was Dr. Stanley, a neurologist in

15  Savannah.

16    Q    And did Dr. Stanley ever relate to you what

17  the results of the MMI were?

18    A    I think the radiologist did.  I think I -- I

19  didn't -- no, he didn't.

20    Q    The radiologist related to you what?

21    A    Just that I didn't have a cranial fissure.

22    Q    Who was that radiologist?

23    A    I'm sorry, I don't recall.  I don't remember.

24    Q    Associated with the MRI center?

25    A    I believe so, yeah.

1    Q    In the Savannah area, have you ever been seen
2  at or treated by an acute care, urgent care, or
3  emergency room facility?
4    A    I don't believe so.  I can't think of an
5  incident.
6    Q    At any time prior to the motor vehicle
7  accident in question, did you ever see an ENT for any
8  reason at all?
9    A    Yes.  I saw one prior for allergies and for --
10  to rule out nasal polyps, because it's something that my
11  sister had.
12    Q    Who was the ENT?
13    A    I've seen Bob Johnson before.  And I saw other
14  ones when I was younger when I had allergies, but I
15  don't remember their names.
16    Q    Where were you living then?
17    A    My only memory of it is when I was living in
18  Texas.  I was very young.  That's when they found out I
19  had allergies.
20    Q    All right.  And Bob Johnson is in Savannah?
21    A    He's in Savannah, yeah.
22    Q    Prior to the accident, but as an adult, is
23  Dr. Johnson the only ENT that you've been to see?
24    A    I think so.
25    Q    And other than for allergies or to rule out

1  nasal polyps, is there any other reason that you went to
2  see him?
3    A    Yes.  Actually, he did a -- he did pallet
4  surgery for snoring, a uvulectomy actually, neither of
5  which worked.
6    Q    Were those done at his facility or in a
7  hospital?
8    A    They're done in his office.
9    Q    But both of those were for snoring, both of
10  those procedures?
11    A    Uh-huh.
12    Q    Yes?
13    A    Yes, correct.  Sorry.
14    Q    Any other reason at all that you've been to
15  see Dr. Johnson?
16    A    Not that I remember, no.
17    Q    Did Dr. Johnson at any time prior to this
18  motor vehicle accident perform a hearing test on you or
19  had anyone in his office performed a hearing test on
20  you?
21    A    If he did, it's just the normal course of
22  events.  So I don't recall one, but it's possible.
23    Q    And whether it was Dr. Johnson or otherwise,
24  at any time prior to this accident, did you ever have a
25  hearing test?

1    A    Yes, I did.
2    Q    Where was that?
3    A    It was at the Department of the Army at my --
4  at the Veterans Administration in my outprocessing
5  physical I had one.
6    Q    Do you recall anything having to do with the
7  results of that hearing test?
8    A    I -- I remember them being normal and not
9  having any loss.
10    Q    Where was this outprocessing done?
11    A    I don't remember what the closest VA to here
12  is.  I think it was done around Savannah or wherever.  I
13  don't recall, sir.  It was whatever the facility used
14  for Fort Stewart is.
15    Q    And this would have been what, '95 or '96?
16    A    I believe it would be '95.  March of '95, I
17  believe.
18    Q    At any time before this motor vehicle
19  accident, had you ever been to see a chiropractor for
20  any reason at all?
21    A    I have.
22    Q    One chiropractor or more than one?
23    A    I've probably seen more than one.  I would --
24  yeah, two or three.  I don't recall.  It's not a common
25  thing I would do.

1    Q    Names and cities, please.
2    A    I don't recall the names.  And in Savannah
3  would have been in '91 -- I'm sorry -- yeah, '91 and
4  '92, I think.
5    Q    So you haven't seen a chiropractor since '92?
6    A    No, sir.
7    Q    And the particular reason you were going in
8  '91, '92, was?
9    A    I don't recall.  I think I had some pain in my
10  back from sleeping on a cot in the Army.  Like I think
11  my back hurt, lower back.  I don't really recall.
12    Q    There aren't any chiropractors in the Army?
13    A    There may be.  And it could be that it takes
14  two months to see them.  I don't -- I don't really
15  remember.
16    Q    But this was a private chiropractor?
17    A    It's private.  I paid for it, yeah.  It wasn't
18  covered under our insurance.
19    Q    Other than possibly the chiropractor, did you
20  ever see or treat with any physician or medical facility
21  at any time before the accident for any neck or back
22  problem or complaint?
23    A    I don't -- I don't believe so.
24    Q    And at any time other than the occasion you
25  went to see the chiropractor in '91 or '92 before the

1 motor vehicle accident in question, did you ever have
2 any neck or back problem or complaint?
3     A    I don't believe so.
4     Q    Did you ever see any doctor or medical
5 facility for any reason relating to any hearing loss or
6 tinnitus prior to the motor vehicle accident in
7 question?
8     A    No.
9     Q    Other than the lawsuit that we're here about,
10 have you ever otherwise been a party to a lawsuit?
11     A    Yes.
12     Q    What lawsuit or lawsuits were those?
13     A    I was a party to a lawsuit that was a workers'
14 comp claim against LabCorp.  I was a party to a lawsuit
15 with Iberia Bank.
16     Q    That had to do with?
17     A    A real estate development with Phillips
18 Medical Capital.  It has to do with a medical facility.
19     Q    Any other lawsuits?
20     A    I've sued tenants before for rental -- I don't
21 recall the names actually.  A couple of different
22 tenants.  And Proficio Bank as it relates to real
23 estate, too.
24     Q    The workers' compensation claim with LabCorp,
25 what happened?

1     A    I was at a meeting in Chicago with my boss.  I
2 stood up and walked to the right, away from the table,
3 fell, hurt my knee severely.  And after going through
4 the process with the doctor when I returned home, I was
5 told that my -- the plan wouldn't cover my knee and I
6 needed LabCorp to basically give me a name of a
7 physician.  And my boss at the time made a point not to
8 appoint a physician, even though I didn't have the
9 ability to -- I didn't have the ability -- I needed him
10 to authorize a physician in order for me to get
11 treatment for my knee.  So I filed suit on it.  It was
12 just an unacceptable situation.
13     Q    What year was that?
14     A    I'm not positive.  I think it was probably
15 2006 or '07.
16     Q    And what type of treatment did you end up
17 receiving to your knee?
18     A    I had rehab treatment and they tried -- it
19 wasn't -- I don't recall everything, but I had some
20 rehab.
21     Q    Did you see a physician ultimately for that?
22     A    Yes.  No, I saw one -- I saw one and I ended
23 up having to pay for it.  But the point was they
24 wouldn't appoint a physician for me even though that was
25 the rules.  Those are the -- those are the workers' comp

1 rules.  They're supposed to tell me who to go to.
2     Q    Was that suit -- was that in Savannah?
3     A    It was in Georgia, yeah.
4     Q    And the physician you ended up going to see
5 was who?
6     A    Dr. Patel is the first physician that screened
7 me because I wanted to find out if there was any reason
8 to see an orthopedist, and he said I absolutely should.
9 But that was when they -- I needed their authorization
10 to get one or I paid for it and it could be expensive.
11     Q    Did you ultimately see an orthopedist?
12     A    I saw one afterwards.  I don't recall who it
13 was.
14     Q    You said that -- this is the Dr. Patel you
15 believe his first name starts with a V?
16     A    Uh-huh.
17     Q    Yes?
18     A    Yes, sir.
19     Q    And did you say the street that you believe
20 he --
21     A    It's on Waters.  I think he's in Memorial's
22 internal medicine group.  Memorial Medical Associates is
23 what you just had; right?
24          MR. LEE:  (Nods head.)
25          THE WITNESS:  (Perusing cell phone.)  It's --

1 would you like that name, sir?
2 BY MR. DORE:
3     Q    Yes.
4     A    It's Bhavesh, B-h-a-v-e-s-h.
5     Q    Thanks.
6          It would have been Dr. Patel who would have
7 referred you to the orthopedist?
8     A    It was.
9     Q    December 17th of 2008, you were in
10 Jacksonville, Florida?
11     A    Uh-huh.
12     Q    Yes?
13     A    Yes.
14     Q    And the purpose of your visit or being here at
15 that time was?
16     A    I had a business meeting and then I had to
17 meet with Summer.  I was going to spend the night with
18 Summer here.
19     Q    You said you had a meeting with Summer?
20     A    No, I had a meeting and then after I had to
21 meet with Summer -- or to see Summer -- meet with her.
22     Q    Before the date of that accident, you and
23 Summer had been to marriage counseling on at least one
24 occasion; is that right?
25     A    That's correct.

1    Q    That was with whom?

2    A    Patrice Butterfield we had seen.

3    Q    Any other counselor before then?

4    A    Not a marital counselor, but we had seen Nicki

5  Monti together in LA. But she wasn't a marriage

6  counselor.

7    Q    Was your plan to meet with Summer anything to

8  do with any marital issues on that occasion?

9    A    No. We were just going to stay the night at,

10  I think it's called Marina Del Rey on Beach or Ocean --

11  I don't remember the road. But just stay at a hotel

12  there.

13    Q    The name of the hotel was Marina Del Rey?

14    A    I'm not positive. I would need to look it up.

15  It's not a place I go to very often.

16    Q    Where is it located at?

17    A    It's on -- I think it used to be across from

18  Dolphin Depot. I'll look it up if you'd like later.

19    Q    But you had stayed there before or no?

20    A    I think I had stayed there once before, before

21  we owned the house, a long time prior, and I thought it

22  would be nice to get away with Summer and just spend

23  some time there.

24    Q    How long were you planning on spending there,

25  one night or more than one?

1    A    Just one or two nights. We were going to just

2  go back, but we were going to stay there a little bit.

3    Q    And the business meeting that you had had in

4  Jacksonville, was it that day?

5    A    It was that day with some physicians.

6    Q    And had you come into Jacksonville that day or

7  the day before?

8    A    I think I had come in that day. I don't

9  recall actually. I don't remember which it was. But I

10  typically would come in that day.

11    Q    Had you already checked into that hotel?

12    A    No.

13    Q    The occasion or occasions that you had stayed

14  there previously, had any of those been with Summer?

15    A    No. It was before I knew Summer actually, I

16  believe. It was a long time ago.

17    Q    You were married on one prior occasion;

18  correct?

19    A    I was married, yes.

20    Q    And your ex-spouse's name is?

21    A    Laura Marshall.

22    Q    And where does she live?

23    A    She lives in Savannah.

24    Q    Do you know her address?

25    A    It's 2 Hannah Lane.

1    Q    Say that again.

2    A    2 Hannah Lane.

3    Q    Does Hannah have an H on the end?

4    A    I believe so.

5    Q    You have three daughters; is that right?

6    A    Three daughters.

7    Q    And their primary custody is with their

8  mother; is that right?

9    A    We share custody, but they spend more time

10  with her than me.

11    Q    All right. And you and Laura were married

12  from what year until what year?

13    A    I think we got divorced in, it was October of

14  2001 or 2002. I don't recall which. And we had been

15  married for ten years, so we got married in like '92,

16  '93.

17    Q    The divorce, was that in Georgia?

18    A    It was in Georgia.

19    Q    In the Savannah area?

20    A    Uh-huh.

21    Q    Yes?

22    A    Yes.

23    Q    Your business meeting, where was that in

24  Jacksonville?

25    A    It was at Capital Grille.

1    Q    And that business meeting would have ended at

2  what time?

3    A    I left early, so I think it might have been

4  like 8:30 or 9:00. I left earlier than -- I didn't stay

5  around even though everybody did because I wanted to go

6  see Summer. So I believe it was around 8:30, 9:00, but

7  I'm not really positive.

8    Q    8:30 or 9:00 when you left Capital Grille?

9    A    I believe so. I haven't looked at the -- I

10  don't -- I'm not positive, but I think so.

11    Q    Did you have any alcoholic beverages at

12  Capital Grille?

13    A    It's possible I had one glass of wine. I

14  don't really recall. Certainly didn't have much.

15    Q    Were you taking any type of prescription

16  medications on or about that date?

17    A    No.

18    Q    Did you have any medical condition that was

19  otherwise existing on that date?

20    A    No.

21    Q    And after leaving Capital Grille, where was it

22  that you were heading to?

23    A    I was headed to the hotel.

24    Q    Was it on the way to the hotel that the

25  accident happened?

1     A    Yes, sir.

2     Q    Any stops from the time you left Capital
3  Grille between 8:30 and 9:00 until the accident
4  happened?

5     A    No.

6     Q    So you would have gone from Capital Grille,
7  gotten up on JTB and then --

8     A    That's correct.

9     Q    -- stayed on JTB until the accident happened?

10    A    That's correct.  There was a lot of
11 construction, so the lanes were constricted on the side.
12 So, you know, it was different than normal, but there
13 was no other stops.

14    Q    You were in the far right-hand lane at the
15 time the accident happened?

16    A    Actually, as I recall it, I think the lanes
17 were down to one lane because there was -- there was
18 construction.  And so part of the reason that I think
19 the traffic ended up stopping is that there was
20 construction, and it was occluded.  I don't remember if
21 there were two or one lanes.  But it wasn't normal.  It
22 wasn't the normal lanes.

23    Q    Going either from three to two or two to one
24 lane?

25    A    Yeah.

1     Q    So you don't know, for instance, or don't
2  recall --

3     A    I think I was in the center lane actually.

4     Q    -- don't recall if there was traffic to the
5  left of you heading in the same direction?

6     A    There was none.  There wasn't -- I believe
7  that there was one lane at that point.

8     Q    So then were you or were you not in a lane
9  that was ending, if you will, and merging into another
10 lane at the time of the accident?

11    A    No, I was in the lane of traffic.  I was in
12 the flow of traffic, in the lane of traffic, stopped.

13    Q    Because of the construction, was the flow of
14 traffic going under the speed limit at that time?

15    A    At the time of the accident, traffic was
16 stopped completely.

17    Q    Why was it stopped?

18    A    I'm not positive why.  But, you know, all the
19 cars I could see in front me were stopped, and that's
20 why when I was hit, my car hit the car in front of them,
21 which hit the car in front of them.

22    Q    When the traffic had been moving, was it
23 moving at a rate less than the speed limit?

24    A    I don't recall.

25    Q    The vehicle that struck you from the rear, did

1  you see that vehicle at any time prior to the collision?

2     A    Yes, unfortunately I saw it coming at me and I
3  couldn't obviously get out of the way because you
4  couldn't go left or right.  Heard this sort of a screech
5  into me and then the impact; I was hit.

6     Q    You would have seen it how long before the
7  impact?

8     A    I don't recall.  I'd be guessing.

9     Q    All right.  Less than ten seconds?

10    A    Again, I'd be guessing.

11    Q    All right.  And when you first saw the other
12 vehicle, what distance was it from you?

13    A    It was -- it was a pretty good ways away.  And
14 then I could tell it wasn't stopping, but I just had
15 nowhere to go.

16    Q    And when you saw the other vehicle for the
17 first time, was it in the same lane of travel as --

18    A    It was in the same lane of travel.

19    Q    Same lane of travel as you?

20    A    Yes, sir.

21    Q    And when you first saw the other vehicle, were
22 there any vehicles between you and it?

23    A    No.

24    Q    In terms of car lengths, when you first saw
25 the other vehicle, can you estimate how many car lengths

1  behind you it was?

2     A    No, not without guessing.  If I was to have to
3  say something, I'd say six or seven.

4     Q    And of course it was dark at that time?

5     A    I could see the headlights.

6     Q    I understand.

7     A    Yeah, it was dark.  That's correct.

8     Q    I'm not suggesting anything other than asking
9  you if it was dark.

10    A    Yeah, it was dark.

11    Q    Were you able to appreciate any approximate
12 speed on the other vehicle at the time that you saw it?

13    A    It seemed like it was not slowing down, like
14 it was going very, very fast.  And I was hoping to
15 obviously see it slow and stop, but it seemed like it
16 continued to go at the -- the rate of speed of the road.
17 It appeared -- it seemed like he didn't -- whoever it
18 was didn't see me or was just not paying attention or
19 whatever, because it was -- just kept coming on.

20    Q    Then there was an impact from the rear, I take
21 it?

22    A    Yes.

23    Q    And after that, you struck the vehicle in
24 front of you?

25    A    Yeah.  Well, the vehicle hit and there wasn't

1  actually -- it was all simultaneous.  It moved the car,
2  which moved -- hit the one in front, which hit the one
3  in front.
4      Q    So there ended up being four vehicles involved
5  in the collision?
6      A    Yeah, that's what I remember.  That's what the
7  policeman pulled over.  If somebody else was hit, I'm
8  not aware of it.
9      Q    As a result of the impact, was your vehicle
10 moved out of your lane of travel to any degree?
11     A    No, no.
12     Q    And how far forward did your vehicle go from
13 the collision?
14     A    I'm not sure.
15     Q    Do you have any estimate as far as how far
16 forward it would have been moved as a result of the
17 collision?
18     A    No, I don't.
19     Q    But it was some distance forward, would that
20 be fair to say?
21     A    Yes.
22     Q    I take it your air bags did not deploy?
23     A    They did not deploy.
24     Q    Did you have your seat belt on at the time?
25     A    I did.

1      Q    Now, prior to the actual collision, when would
2  have been the last time that you would have spoken to
3  Summer?
4      A    I'm not sure if I called her from the
5  restaurant.  It's possible that I called her from the
6  restaurant to tell her I was on my way, but I'm not
7  really positive.  It was probably midday if I didn't
8  call her before the restaurant, because I hadn't
9  spoke -- I had been -- I was busy with a lot of -- I had
10 a lot of physicians there.
11     Q    But it's at least possible that you would have
12 called her to tell her you were on the way to the hotel?
13     A    Yeah, it's possible.  I just don't recall.
14     Q    After the collision happened, what did you do?
15     A    I got out of the car and looked around to see
16 if anybody was hurt or if there was any emergencies.
17     Q    And where did you go to see if anyone was
18 hurt?
19     A    Well, I didn't go check people, but I'm saying
20 I looked at my environment to see if, you know, like
21 something was on fire or if there was a problem.  And
22 then Mr. Delaney and his wife came up behind me and
23 approached me with their -- their -- I think they asked
24 me if I was okay and --
25     Q    And you responded?

1      A    I don't recall.  I could have said I was fine.
2  Because at the time, I didn't think anything was wrong.
3  But I was definitely dazed.  And, you know, I called
4  Summer at some point in time.  I'm not sure if it was
5  then or afterwards.
6      Q    From the scene did you call her?
7      A    Yeah, I called her from the scene.  And she
8  wanted to talk about what happened, and I just said I
9  couldn't talk because I wanted to make -- well, first of
10 all, the people were talking to me.  The Delaneys were
11 talking to me and trying to hand me their insurance
12 card.  And so I just told her I needed to talk to her
13 later.
14          And then Mr. Delaney asked me if we needed to
15 involve the police, if we could just take his
16 information and go from there.  And, you know, there
17 were quite a few people there at that point, so, you
18 know, I -- I'm not sure who called -- I'm not sure who
19 called the police, but --
20     Q    I take it you did not?
21     A    I don't -- I don't recall.  I don't think I
22 did.  I'm not positive.  But they showed up and
23 basically he had like a convoy to Hodges, which I
24 believe was the next exit, and then he took a left into
25 the Publix parking lot and lined everybody up there

1  then they took everybody's statements and everything.
2      Q    He, the police officer?
3      A    That's correct.
4      Q    When you called Summer from the scene of the
5  accident, did she tell you where she was?
6      A    I don't recall if she said she was at the
7  hotel yet or not.  I don't know.
8      Q    Did you get any impression whether she was en
9  route at that time or not?
10     A    I knew she was en route.  I mean, I think I
11 assumed she was en route because she was -- we were
12 going to try to meet at the hotel at a reasonable time.
13 But when I spoke to her, I -- after the accident, I
14 presume that she told me she was near the hotel or on
15 her way to the hotel, but I don't recall the specifics
16 that she said at that point.
17     Q    Did she tell you that she had any problem or
18 issue in getting into the hotel at that time?
19     A    I wasn't aware of anything, any of the
20 problems that I found out about later at the hotel.  I
21 was kind of -- I had my hands full.
22     Q    I take it you obviously had your cell phone on
23 you at that time?
24     A    I had my cell phone on me at that time.  I'm
25 not sure if I kept it with me.  I could have left it in

1  the car when the police officer pulled us out or
2  whatever. I'm not sure if it was on me the whole time.
3  But it was in the car with me when we started.
4      Q   And your cell phone provider at the time?
5      A   I don't recall who it was.
6      Q   Your cell phone number at the time?
7      A   My guess is it's my current number, which is
8  (911) 253-0375.
9      Q   Would it have been the same provider as
10 Summer's?
11     A   Not necessarily.
12     Q   She said she believed it was AT&T or Verizon.
13     A   It could have been. It could have been. The
14 problem is there was a time period where I tried to get
15 away from the iPhone and I don't know if that was during
16 that time period, because then it would be Verizon.
17 It's Verizon or AT&T probably.
18     Q   Did you receive any telephone calls on your
19 cell phone while you were at the scene?
20     A   No.
21     Q   Other than the one time speaking to Summer at
22 the scene, did you place any other phone calls?
23     A   It's possible that I called Al to let him know
24 about the accident with his car, because I was driving
25 his car obviously. But I don't -- I think I may have

1  called him to let him know what happened and that I had
2  been hit.
3      Q   Al's last name?
4      A   Morrell.
5      Q   And how is it that you came to be driving his
6  vehicle?
7      A   I don't know if my car was in the shop or
8  whatever, but he had a ride back from the Town Center
9  and so he just asked me to take his car back to the
10 beach.
11     Q   And Morrell, is it two R's and two L's?
12     A   Uh-huh.
13     Q   Yes?
14     A   That's correct.
15     Q   And you knew Al how?
16     A   Al was involved in medical projects that I was
17 working on at the time.
18     Q   Al lived at the beach as well?
19     A   He did.
20     Q   So I take it your plan or intent was to get
21 his vehicle back to him the following day?
22     A   Give him -- yeah, that day or the following
23 day. I could have just dropped it as his house, too.
24     Q   And how had you traveled to Jacksonville?
25     A   I think my car was in the shop.

1      Q   Right. So how had you gotten to Jacksonville
2  from Savannah?
3      A   I took my car and then I left it at the Lexus
4  dealer. I think he had dropped me off at the car
5  dealer's and then --
6      Q   And I take it you had his permission to drive
7  the vehicle?
8      A   I did.
9      Q   How long were you there at the scene?
10     A   It was two or three hours. It was a long
11 time. Took them a real long time.
12     Q   Did any official ever ask you whether or not
13 you desired medical transportation from the scene?
14     A   I don't recall.
15     Q   Did you ever tell any official at the scene
16 that you had any physical problem or issue that had
17 arisen from the accident?
18     A   No, I didn't.
19     Q   Other than the police department, did any fire
20 and rescue unit arrive at the scene?
21     A   No.
22     Q   And Al's vehicle was drivable from the scene?
23     A   Yeah. Yes, it was. I say that because it --
24 the bumper -- yes, I drove it from the scene, but it
25 scraped. But, yes, I did drive it home.

1      Q   And the damage to Al's vehicle was where?
2      A   The rear. The trunk was compressed.
3      Q   Any damage to the front of the vehicle?
4      A   I think there was minimal damage to the grill
5  where it had hit the car in front of him.
6      Q   What type of BMW was it?
7      A   It was a three series BMW.
8      Q   And so from the scene, you would have driven
9  to the hotel?
10     A   Yeah, that's where I went.
11     Q   And before arriving at the hotel, did you
12 speak to Summer anymore?
13     A   I think I tried to call Summer and I couldn't
14 reach her. But I don't recall talking to her until I
15 was actually checked into the hotel. It may be that I
16 just didn't want to -- you know, I don't recall whether
17 I talked to her before or after I got there.
18     Q   When is it that you found out that she had
19 returned to Savannah?
20     A   I think it was when I got to the hotel. There
21 are times when she doesn't answer her phone, and so even
22 if I did try to call her on my way to the hotel, it's
23 possible that -- it wouldn't have been unusual for her
24 to not answer. So I think when I actually knew she
25 wasn't there was when I arrived at the hotel and checked

1  in.
2      Q    And how is it after arriving at the hotel and
3  checking in, that you found out that she had returned to
4  Savannah?
5      A    She wasn't in the room.  I had called to have
6  the reservation and so they had the keys ready for us.
7  So it wouldn't have been weird for me to just pick up
8  the key and go upstairs.  But she wasn't there.
9      Q    So that's how you found out that she had
10  returned to Savannah was going to the room and she
11  wasn't there?
12     A    That's what I remember.
13     Q    And did you end up speaking to her on her way
14  back to Savannah?
15     A    I did.
16     Q    I take it you would have called her from your
17  room at that time?
18     A    Yes.
19     Q    And she told you that she was returning to
20  Savannah why?
21     A    Well, I think that -- it sounded like she was
22  outside the hotel and somebody had freaked her out
23  because she thought he looked sketchy or whatever and
24  she didn't know what to do or where to go so she just
25  took off.  She tried to reach me, I think.  I think she

1  tried to call me a couple of times.  And I don't know if
2  I left my phone in the car or -- I didn't get the call.
3  It could have been because, you know, we were doing
4  something in terms of talking to the officer.  They had
5  us going in the line or whatever.
6          So, you know, I think after not reaching me,
7  she just took off and went back home.  She didn't feel
8  comfortable with that situation.
9      Q    When you first reached her, did she tell you
10  where she was on the way back?
11     A    Yes.  She told me she was like midway back, I
12  guess.
13     Q    Did you understand that your son was with her
14  as well?
15     A    Yes.
16     Q    When is the first time that you had any
17  physical problem or difficulty that you would attribute
18  to the motor vehicle accident?
19     A    I think the first time I was aware of it --
20  because I suspect that at the time I had so much
21  adrenalin, I wasn't really paying attention to my
22  physicality.  When I was at the meeting the next morning
23  in Larry Patterson's office, my attorney, I -- my -- I
24  just noticed in the room just sitting there that I had a
25  really loud ringing that I'd never heard before and it

1  was really prominent.
2      Q    Did you say anything to anyone?
3      A    Yes, I did actually.
4      Q    Said what to whom?
5      A    I said, "My ears are ringing badly," to --
6  Larry Patterson was in the room was one example.  I
7  believe Al Morrell was there, too.
8      Q    And you were at Larry Patterson's office?
9      A    That's correct.
10     Q    Is that in Jacksonville?
11     A    He's in Jacksonville Beach.
12     Q    And you first sought any medical care or
13  treatment following the accident when?
14     A    If my memory serves me, it was that day.  I
15  went to go see Todd McLaren.
16     Q    How is it that you got to Todd McLaren?
17     A    Well, he was involved in one of the projects
18  that I knew, and it was my understanding that he
19  specialized in pain management and auto accidents.  He
20  had a physician that worked for him that was a pain
21  management specialist.
22     Q    And why was it that you went to see a pain
23  management specialist?
24     A    Well, the -- initially what I noticed was the
25  ringing, but then I started to -- I had pain through the

1  left side of my neck and I started to get headaches, and
2  it became -- it really wasn't right off the bat, but it
3  did start to get -- you know, it became pretty painful
4  actually on my -- the left side of my neck and my -- and
5  I got headaches.
6          So -- but that wasn't the reason I went to go
7  to him.  It wasn't initially because he was a pain
8  management specialist.  It was because of the auto
9  accidents.  It was my understanding that he specialized
10  in that.  And having never been in that kind of
11  situation, that, you know, seems as good a place as any
12  to start.
13     Q    But the only problem that you were having at
14  the time that you first went to see --
15     A    Is what I noticed first, yes.
16     Q    -- Todd Mc McLaren was the ringing in the
17  ears?
18     A    Yeah.  I asked him like how should -- yes.
19     Q    What was it that Todd McLaren did for you?
20     A    They had different therapy, like, I guess,
21  ultrasound and massage therapy and --
22     Q    On that day, what did they do for you?
23     A    I don't recall exactly.  I'm sure it's in the
24  records.
25          MR. LEE:  Can we take five?

1      MR. DORE:  Sure.

2      (Brief recess from 2:27 p.m. to 2:35 p.m.)

3  BY MR. DORE:

4      Q    We were talking about Todd McLaren, and you

5  said you went to see him, you believe the day after the

6  accident; correct?

7      A    It could have been the day of -- no, the day

8  after, I mean, the first day I recognized that there was

9  an issue.

10     Q    Right.  Did Dr. McLaren refer you to any other

11 physician or medical facility from there?

12     A    He referred me to get a CAT scan, which I

13 don't remember the name of the place that did it, but --

14 actually, no, that's not true.  Bob referred me to the

15 CAT scan initially.

16     Q    Who is Bob?

17     A    Bob Johnson.

18     Q    So you had that done in Savannah or

19 Jacksonville?

20     A    I had that done in Jacksonville.  And actually

21 it was -- Todd McLaren suggested an MRI, but it was only

22 when Dr. Stanley said I should get one that I actually

23 got one done.

24     Q    Dr. Stanley is who?

25     A    The neurologist that -- after I saw him, I

1  felt that that was probably merited.

2      Q    He's the neuro in Savannah?

3      A    That's correct.

4      Q    How is it that you came to get to him?

5      A    He was referred by Bob Johnson.

6      Q    Bob Johnson, you knew him from before the

7  accident?

8      A    I knew him from before the accident, but I did

9  go see him after the accident.  It wasn't immediately.

10 Because I was in Jacksonville and that's why I went and

11 saw Todd immediately.  But when I went back to Savannah,

12 I went and saw Bob, and at that time he did do a hearing

13 test and he suggested I had a cochlear sheer possibly

14 and should get a CT.  That's why he's the one that

15 actually prescribed the CT.

16     Q    So Bob Johnson did a hearing test when you

17 first went to see him after the accident?

18     A    He did.

19     Q    That would have been about how long after the

20 accident?

21     A    I don't know exactly, but it wasn't more than

22 a few weeks at the most.

23     Q    And did he note any hearing deficiency for

24 you?

25     A    He did.  He said that there was both hearing

1  loss and that -- that he felt that I might have a

2  cranial fracture.

3      Q    Did any portion of your head make contact with

4  any portion of the interior of the vehicle on impact?

5      A    The back of my head was hit by the seat.

6      Q    The headrest you mean?

7      A    The headrest and the seat.  As far as -- I

8  don't know what else it touched.  I don't really recall

9  the exact -- I wasn't watching myself so it was

10 difficult to --

11     Q    And when you say the seat, I assume you're

12 talking about the seat back that would have been

13 immediately behind your head?

14     A    I assume the headrest is what I hit, but,

15 again, I couldn't watch myself so I don't know exactly

16 how it went.

17     Q    But your head, for instance, did not go

18 forward and strike the steering wheel --

19     A    No.

20     Q    -- anything like that?

21     A    No, nothing in front.

22     Q    And ultimately the cranial fracture was ruled

23 out through the MRI?

24     A    That's correct.

25     Q    And the purpose of this CT was to rule out a

1  cochlear shear?

2      A    Let me back up.  You said that it was ruled

3  out by the MRI.  It was ruled out by the CT.

4      Q    Okay.  The cranial fracture?

5      A    Yes.  It was ruled out by the CT, which

6  also -- it doesn't actually rule out the cochlear shear,

7  but that point they didn't believe that it was a

8  cochlear shear.  They're two different medical

9  conditions.  But if you have a fracture, then you're

10 likely to have a cochlear shear.

11     Q    All right.  And ultimately were you given a

12 diagnosis?

13     A    Tinnitus.

14     Q    Is that the only diagnosis that's been given

15 to you?

16     A    Well, tinnitus as a result of hearing loss.

17 So I don't think there was a different diagnosis.

18     Q    Was it ever explained to you by any physician

19 how this accident would have resulted in hearing loss?

20     A    Yes.

21     Q    Who explained that?

22     A    Bob Johnson indicated that he felt that the

23 tinnitus would likely be permanent and so would the

24 hearing loss.  And also Dr. Green, I think, reiterated

25 that it could be permanent in terms of the tinnitus and

1 that the hearing loss was likely permanent, especially
2 since the period of time between the initial exam and
3 then the final exam.
4    Q    Okay.  My question was, did any physician
5 explain to you how you came to have a hearing loss
6 and/or tinnitus as a result of the motor vehicle
7 accident?
8    A    Yes.
9    Q    Who did that?
10    A    Dr. Johnson indicated that due to trauma of
11 the accident, that that can occur.  Dr. Stanley
12 reiterated it and Dr. Green reiterated it.
13    Q    That's Douglas Green?
14    A    That's correct.
15    Q    In Jacksonville?
16    A    It wasn't actually Dr. Green himself who saw
17 me, but it was a different doctor there.
18    Q    But Douglas Green's --
19    A    He's at the same office.
20    Q    -- office?
21    A    Yeah.
22    Q    He said -- if I'm understanding you correctly,
23 the doctor with Douglas Green's office said that the
24 tinnitus could be permanent.  Is that what I understood
25 you to say?

1    A    Dr. Green said it could be permanent.
2 Dr. Johnson said it was likely to be permanent.
3    Q    And the doctor with Dr. Green's office said
4 what about the hearing loss?
5    A    They suggested I look at hearing aids.  I
6 mean, I assume that if you -- they said the same thing,
7 that it -- you know, that it's -- they don't know for
8 sure whether it would come back or not, but that I could
9 consider hearing aids.
10    Q    So the same thing -- they were saying that the
11 hearing loss could be permanent?
12    A    Yes.
13    Q    I take it you would have had a hearing test
14 done at Douglas Green's office?
15    A    Yes, I did have one.
16    Q    Just one occasion so far?
17    A    That's correct.
18    Q    When was that?  And I don't mean the precise
19 date.
20    A    A couple of months ago.  It was recent.  It
21 was over a year and a half, two years past the accident.
22    Q    And Bob Johnson, have you had just one hearing
23 test with him or more than one?
24    A    I had one at Bob's office and then he referred
25 me out to an independent medical -- or an independent

1 hearing lab to do it outside his office, and then the
2 third one was with Dr. Green.
3    Q    Where was the hearing lab?
4    A    Savannah Hearing and Speech, I think.
5    Q    All right.  Did anyone relate to you the
6 results of that hearing test?
7    A    They all indicated a high frequency loss.
8    Q    Other than tinnitus and hearing loss, is there
9 any other injury that you attribute to the motor vehicle
10 accident in question?
11    A    Other than the manifestations of those things,
12 no.
13    Q    Do you have tinnitus all the time or
14 occasionally or what?
15    A    It's all the time.  And it definitely
16 intensifies in situations that are loud, like
17 restaurants.  I have -- exercise exacerbates it.  And
18 it's -- it's very difficult to sleep because I hear
19 ringing all the time.  It's very distracting.
20    Q    So it's your testimony that the tinnitus
21 intensifies in loud places?
22    A    Yes.
23    Q    Can you give me an example of a loud place
24 that would intensify the tinnitus?
25    A    Well, the most difficult one for me is in

1 restaurants where there's a -- that are -- like I
2 entertain a lot for my business, and in restaurants that
3 there's a loud ambient noise, it's very difficult to
4 have a conversation with somebody close to me.  It's
5 very irritating and it's very difficult to follow it.
6 It's very distracting.
7    Q    And any specific type of exercise that
8 exacerbates the tinnitus?
9    A    Running.  Running primarily, which is what I
10 used to do most of the time.
11    Q    You ran on a regular basis immediately before
12 this accident?
13    A    Yes.
14    Q    How regular a basis?
15    A    Three times a week.
16    Q    What distance?
17    A    Two to five miles.
18    Q    What rate?
19    A    Probably nine to ten and a half miles or --
20 minutes a mile.
21    Q    Miles?
22    A    Yeah.
23    Q    Ever run any road races?
24    A    Yes.
25    Q    The last time would have been?

1    A    2002.

2    Q    Okay.  Do you still run at all for exercise?

3    A    Yes.

4    Q    How often?

5    A    Maybe two times a week if I can.  One or two

6    times a week.  Not as much.

7    Q    When you do run, how far will you run?

8    A    Probably between one and a half to two and a

9    half miles.

10    Q    Same rate?

11    A    Probably slower.  I've gained weight since --

12    I've probably gained 20 pounds.  I run probably around

13    11-minute miles.

14    Q    Are you attributing the weight gain to this

15    motor vehicle accident?

16    A    It's not directly attributable.  The reduction

17    in exercise has definitely caused it.  It's hasn't

18    helped.

19    Q    Okay.  Do you do any other type of exercise

20    now on a regular basis?

21    A    I try to lift weights and I use an elliptical

22    trainer, too.

23    Q    The elliptical trainer does not have any

24    effect on your tinnitus?

25    A    It's less.  Because without the impact of the

1    running, the pounding, it's not as bad.  It does have an

2    effect, but it's not as severe.

3    Q    You have the elliptical trainer at home or at

4    a gym?

5    A    I do -- I have one at home.

6    Q    And weights, are they at home, too.

7    A    No.

8    Q    Do you belong to a gym or workout facility?

9    A    We belong to a gym, yeah.

10    Q    The name of the gym?

11    A    JEA.

12    Q    Which stands for?

13    A    Jewish Educational Alliance.

14    Q    And you've belonged to that gym for how long?

15    A    I'm not sure.  I think Summer joined it, I

16    don't know, maybe a year and a half or so.

17    Q    A year and a half ago?

18    A    Uh-huh.

19    Q    Yes?

20    A    Yes.

21    Q    That's here in Jacksonville?

22    A    It's in Savannah.

23    Q    Savannah, okay.  Because there's a facility by

24    that name in Jacksonville.

25    A    Is there?

1    Q    Yeah.

2    A    I think there's one everywhere.

3    Q    Is there any other activity that you believe

4    has been affected because of any injury or trauma from

5    this motor vehicle accident?

6    A    I really think the most severe is the sleep.

7    It affects my sleep a lot.  The ability to sleep, go to

8    sleep and maintain sleep.  And I've -- the physicians --

9    the various physicians we talked about have prescribed

10    me different things like Ambien and Lunesta, and, you

11    know, I've tried to take those things.  But, also, some

12    of those are addictive and you have to take more of them

13    and they make you groggy the next day.  So that would

14    be -- insomnia is probably -- or sleep is probably the

15    most serious thing I would single out separate from what

16    we've discussed.

17    Q    Who's prescribed the Ambien and Lunesta?

18    A    Dr. Patel, Dr. Ondrejicka.  I'm not sure of

19    the other ones.  I think -- yeah, I don't know who else.

20    Q    All right.  Do you presently take any

21    prescription medication for sleep?

22    A    I have not for some time.  I'm trying not to

23    take it.

24    Q    And the reason you're trying not to take it

25    is?

1    A    I just don't want the drugs in my body.

2    Q    So the last time you would have taken any

3    prescription medication for sleep would have been when?

4    A    There's like once a month or whatever, like if

5    I'm up at 2:00 and I still can't sleep, I'll just take

6    one just so I can get some sleep.  But probably a month

7    ago.  Maybe once a month I'll take it now at this point.

8    I'm trying to reduce it, though.

9    Q    Do you take anything else for a sleep aid,

10    like melatonin or anything like that?

11    A    No.

12    Q    Has any injury or trauma from this accident

13    affected any other activity other than what you've

14    already testified to?

15    A    Not that I can think of.

16    Q    Has it in way affected your marital

17    relationship?

18    A    I think it's -- it has -- it's frustrating,

19    the ringing.  Like it frustrates me in certain

20    situations, and I think I have a shorter temper and I'm

21    more easily irritable.  And I don't know that it helps

22    when there's already tension between Summer and I.  So,

23    yes, it's affected it.

24    Q    For either of the marriage counselors that

25    you've been to see since this motor vehicle accident,

1 have you mentioned the motor vehicle accident to either
2 one of them?
3      A    Yes.
4      Q    To both?
5      A    To both.
6      Q    Have you mentioned it as something that you
7 believe has affected your marital relationship?
8      A    I don't know that I categorize it as that.  I
9 think where it would come up is that -- you know, about
10 the sleep issue and about, you know, how I am more
11 easily irritable because of that, I believe.  But I
12 haven't sat there and made a causal relationship with
13 them.
14      Q    Of course you had filed a complaint for
15 dissolution earlier this year?
16      A    Yes.
17      Q    And then dismissed that complaint; correct?
18      A    Yes.
19      Q    Do you have any present plans of refiling that
20 complaint?
21      A    No, no.  We'd like to try to work things out.
22      Q    All right.  And you were separated at one time
23 earlier this year?
24      A    Yes.
25      Q    For what period?

1      A    I think I filed in March.  I think we were
2 legally separated in March.  It stayed open for quite a
3 while, several months.  I don't -- I don't remember the
4 exact dates, because we were kind of more focused on
5 whether we could fix it as opposed to the -- that's why
6 she never got served.
7      Q    Have you and Summer been separated at any
8 other time during your marriage?  I don't mean you
9 spending the night somewhere else on a business trip,
10 but separated insofar as your relationship is concerned.
11      A    I filed twice.  I filed again.
12      Q    When was the other time?
13      A    It was in the summer.  We came back from a --
14      Q    Summer of this year?
15      A    Yeah.  I don't know the date.  I'd have to
16 look it up if you need it.
17      Q    Both times in Georgia?
18      A    Yes.
19      Q    And was that one dismissed as well?
20      A    Yes.
21      Q    Were you separated during the period of time
22 that that one was active?
23      A    I don't -- not as formally we didn't.  Like I
24 didn't move my stuff anywhere.
25      Q    Did you still have the loft where you had gone

1 on your earlier --
2      A    I rented it.  I had already rented it.  I
3 stayed in Jacksonville more often, in Atlantic Beach,
4 than we had prior to that.
5      Q    And since December 17th of 2008 when this
6 motor vehicle accident happened, I know your wife
7 mentioned that you had been to Brazil several times, if
8 not many.
9      A    Uh-huh.
10      Q    You've been to Maryland; correct?  Boston by
11 plane?
12      A    Uh-huh, New York.
13      Q    New York.  Any other plane trips?
14      A    Fort Lauderdale or Boca -- I guess it's Fort
15 Lauderdale.  Miami.  I can't think of any other ones,
16 but...
17      Q    I take it you've had no problem with air
18 travel since this accident?
19      A    It -- it's -- the pressure also exacerbates
20 the ringing, but it's just what it is.  I can't -- I
21 mean, my work right now is in Brazil, so I can't avoid
22 it.  So it's not like I can stop.  But it's -- the
23 trouble is you can't do it.  And, yes, I can do it, but
24 it is still irritating, more than normal.
25      Q    And when you fly to Brazil, you would fly from

1 Jacksonville or Savannah, Miami?
2      A    Savannah or Jacksonville through Miami
3 typically.  And I've found that the --
4      Q    Yes.  And then Miami to -- do you go to Rio or
5 where do you fly into?
6      A    San Paolo or sometimes you fly through like
7 other South American countries like Peru, whatever is
8 cheapest.
9      Q    Well, if you go nonstop to San Paolo to Miami,
10 how long of a flight leg is that?
11      A    It's nine hours, that leg.
12           MR. DORE:  All right, sir.  That's all the
13 questions I have.
14           MS. STARRETT:  I have a few.
15                CROSS EXAMINATION
16 BY MS. STARRETT:
17      Q    How much do you weigh now?
18      A    265.
19      Q    How much did you weigh at the time of the
20 accident?
21      A    240.
22      Q    This is just one question I missed the answer
23 to.  Why had you gone to a chiropractor before the
24 accident?
25      A    I was in the field in the Army and on a cot

1 and it was cold, and I had a -- my back hurt, lower

2 back.

3     Q    Now, you had mentioned your doctor, Dr. Bob

4 Johnson.  Is he somebody you know outside of -- in a

5 personal relationship?

6     A    I do.

7     Q    And a social relationship?

8     A    We don't socialize with them a lot, but I do

9 know him outside of his -- just his profession.

10     Q    In what circumstances do you see him?

11     A    I haven't seen him in the last year, but -- I

12 mean, so I wouldn't say I see him often, but I have seen

13 him -- actually, his daughter is the same age as my

14 daughter, so they're at swim meets or basketball games

15 or whatever together.

16     Q    Now, as far as the tinnitus, is that in one

17 particular ear or both ears?

18     A    It's both.

19     Q    One worse than the other?

20     A    Bob seems to think that the reason -- that the

21 left was worse, but I just -- I can't tell.

22     Q    And how about the hearing loss?  Is that

23 equally in both ears?

24     A    Initially it was worse in the left ear and now

25 I think it's more equal.

1     Q    Have you had any problems understanding

2 anything that's been said to you here today?

3     A    I don't believe so.

4     Q    When -- right before the accident, did you

5 notice -- had you noticed while driving Mr. Delaney's

6 vehicle behind you before the accident?

7     A    Yeah.  I saw him run into the back of me,

8 yeah.

9     Q    No, but before that.  Had you like while

10 driving, had you noticed there was a vehicle behind you?

11     A    No.

12     Q    When you went to Dr. Todd McLaren -- is he at

13 Medwell?

14     A    He was.  I don't think he is anymore.

15     Q    And I know you said why, that he was an

16 accident specialist, but how particularly did you know

17 to go to that doctor?

18     A    I think my attorney might have said that he

19 specialized in accidents.

20     Q    And why did you go to Dr. Green?

21     A    He was -- I mean, he was just somebody that

22 also specializes in hearing.  I'm not sure I understand

23 the question.

24     Q    Well, you were already seeing a doctor in

25 Savannah.  Why are you seeing one here in Jacksonville?

1     A    At the -- I mean, at the direction of my

2 attorney.

3     Q    Okay.  How many times have you seen somebody

4 in Dr. Green's office?

5     A    Just once.

6     Q    And you were asked about what happened as far

7 as your body or any part of your body hitting anything

8 in the vehicle.  The only thing you remember is that you

9 hit the headrest or the back of your seat?

10     A    Uh-huh, because it was just a rear impact.  I

11 didn't go forward and hit the assembly or whatever.

12     Q    And just to clarify, are you still having any

13 pain in your neck?

14     A    No.

15     Q    And also how about headaches?  Are you still

16 having headaches?

17     A    Not attributable to this, no.

18     Q    Have you had problems with headaches before

19 this accident?

20     A    Nothing unusual.

21     Q    And is that what you have now, just typical

22 headaches?

23     A    Yes.

24         MS. STARRETT:  I don't have anything else.

25         MS. BRASWELL:  I have a few.

1         THE WITNESS:  Okay.

2               CROSS EXAMINATION

3 BY MS. BRASWELL:

4     Q    Did you know Dr. McLaren before you saw him at

5 Medwell?

6     A    I had met him before, yes.  He was involved in

7 one of the projects, a surgery center project that Al

8 had at the time, so I had met him before.

9     Q    What is SAK Advisors?

10     A    What does it do?

11     Q    Yes.

12     A    It -- we -- it's an import business that

13 focuses on products in Brazil.  It imports minerals and

14 metals and exports product -- U.S. products to Brazil.

15     Q    And was that who you were working for at the

16 time of the accident?

17     A    No.

18     Q    Who were you working for at the time of the

19 accident?

20     A    I was working for myself.  The company's name

21 was Marshall Health Care Advisors, is what I was

22 operating under.  And at the time, I was working on

23 several medical projects, all of which have basically --

24 they're gone.  I mean, it's failed projects.

25     Q    Now, did you work with Al in that company, Al

1  Morrell?

2  A   No, he was not part of my company.  He worked
3  in the projects.  He was a partner in the projects, but
4  he was not involved in my company.

5  Q   So you had met Dr. McLaren through the work
6  that you did through Marshall?

7  A   Yes.

8  Q   Did you ever work with Dr. Bob Johnson through
9  Marshall?

10  A   No.  He's just been a physician or he's
11  somebody who lives near me.

12  Q   What about any of the other doctors that
13  you've treated with for this accident?  Did you work
14  with them through your company?

15  A   Dr. Matos, who was one of the -- was the pain
16  doctor who worked at Medwell for McLaren,
17  was involved -- actually, no, he was never involved in
18  any of the projects.  No, I think they were all just
19  physicians, service providers.

20  Q   On the night of the accident, did you-all have
21  to wait for the police to arrive?

22  A   Some period of time, but I don't remember how
23  long.

24  Q   Was it more or less than 15 minutes?

25  A   I don't really remember.  My guess would be

1  more.

2  Q   You mentioned that you spoke with Mr. and
3  Mrs. Delaney.  Did you speak with anybody else at the
4  scene?

5  A   Yeah, there were the people in the front, just
6  said, "Hi, are you okay?"  Just -- yes.

7  Q   Do you remember their names at all?

8  A   No, but I believe they're in the report.

9  Q   And you think it was greater than 15 minutes
10  that you waited for the police?

11  A   Yes, but I can't be certain of that.

12  Q   You said that the next morning you went to go
13  see Larry Patterson, who's an attorney.  What kind of
14  attorney is he?

15  A   It wasn't related to this.  I had a meeting on
16  a real estate project in the morning.  It wasn't a -- it
17  wasn't an attorney for this.  He's a real estate
18  attorney.

19  Q   Still --

20  A   I was at a meeting.

21  Q   So he's a real estate attorney?

22  A   He is.  And it was unrelated to this.  I was
23  actually at a business function.  I had a meeting
24  that -- that's when I noticed.

25  Q   Had you ever worked with Mr. Patterson before

1  in any of your projects?

2  A   No.  Well, you mean before Al, before working
3  with Al on this project?

4  Q   So --

5  A   There's multiple projects involved, so it's --
6  I mean, I don't know.

7  Q   Had you ever met Mr. Patterson prior to that
8  day?

9  A   Yes, because he did legal work for us.

10  Q   So he was your attorney for a lot of the
11  projects that you-all did, you being you and Al?

12  A   Yes, he was a closing attorney.

13  Q   You had mentioned something earlier about you
14  thought that your car was at the Lexus dealership; is
15  that correct?

16  A   I believe so.

17  Q   Did you own a Lexus or another type of
18  vehicle?

19  A   It's either the car I have now or what I had
20  before.  But as I recall, Al had dropped me off at the
21  dealer and that's why we went to this meeting together.
22  And then he wanted to stay and I wanted to go back to
23  the beach and see Summer and he had a ride.  Somebody
24  was giving him a ride.

25  Q   How did Al arrive at the meeting with

1  Mr. Patterson the next day?

2  A   I think I -- I don't recall.  I mean, it's
3  possible that I had gotten -- went to get my car and
4  then went and got Al.  I don't really remember.

5  Q   When you arrived at the hotel that evening,
6  did you have to go through any gates or anything in
7  order to get into the hotel?

8  A   It's got this weird kind of a fence on the
9  side.  I guess you could call that a gate.  It's an odd
10  setup.  It's -- yes, I think there's a -- there's like a
11  fence.  It's not really a gate.

12  Q   I believe you testified earlier that you had
13  not checked in yet; is that correct?

14  A   I had not been there.  I had called on the
15  phone to confirm the reservation and that a key was
16  there for Summer if she beat me there.

17  Q   And so how did you get into the hotel since
18  you didn't have a key or anything?  How did the gate get
19  opened?

20  A   No, no, it's not an entry gate.  There's a
21  gate on the side.  There's like a parking lot and then
22  there's like this -- there's a sort of fence on the
23  side.  It's Casa del Mar.  Do you know what I'm talking
24  about?

25  Q   Casa del Mar.  So how did you get into --

1    A    You just walk around the front.  I just walked
2  around the front.  And I don't know if there's a fence
3  there or not.  But I walked in the front.  I checked in,
4  got my key, and went upstairs.
5    Q    And at Casa del Mar, what part of the beach is
6  that?  Is that Neptune, Jacksonville?
7    A    It's got to be like between Neptune and
8  Jacksonville or Neptune.  It's across from the Tonto's
9  Steakhouse or Tanto Steakhouse, I think.  I believe so.
10  The Brazilian place.  Sorry.
11    MR. LEE:  We got you.
12    THE WITNESS:  I'm trying to give you a
13  landmark.  I've never been back, needless to say.
14  BY MS. BRASWELL:
15    Q    When you were answering her question earlier,
16  you said it was in both ears and you -- I couldn't
17  follow you, what you were saying as far as -- the
18  tinnitus was stronger in the left ear or the hearing
19  loss was stronger in the left ear?
20    A    No, I think tinnitus, what I -- let me
21  clarify.  Tinnitus to me is nondirectional.  I can't
22  tell if it's different.  It seems the same.  But what
23  Bob had indicated, he thought the hearing loss was worse
24  in the left ear than the right ear.  But it seems like
25  in the last test, that it wasn't.  It's now more even or

1  whatever.
2    Q    You started treating at Medwell and then you
3  started treating at Crucial Care Baymeadows less than a
4  month later.  Why the change?
5    A    Actually it was a referral.  Crucial Care is
6  where I got the CT done.  That was actually the referral
7  to rule out the cranial involvement.
8    Q    What is the arachnoid cyst that they found?
9    A    An arachnoid cyst is a fluid-filled cyst.
10  It's in the back of my head.  It's benign.  It's not
11  vegetative.  It's just -- it's actually like a vestigial
12  thing.  It doesn't hurt or help or -- it's just a
13  function of my head.
14    Q    You had discussed earlier about the fact that
15  you had a workers' compensation injury.  Did you settle
16  that case?
17    A    I did.
18    Q    What was the amount of that settlement?
19    A    I don't know exactly.  I don't recall.
20    Q    Where did you and Summer meet?
21    A    We met in San Francisco.  Are you talking
22  about physically or where did we meet --
23    Q    So you were in San Francisco?
24    A    No, no.  We met -- we actually met online and
25  then we met physically in San Francisco for the first

1  time.
2    Q    So you met online?
3    A    Uh-huh.
4    Q    Like an eHarmony type of thing?
5    A    Uh-huh.
6    Q    And then you flew out there to meet her in
7  person?
8    A    I was actually there for a different reason.
9  I was there to see my friend who I worked with before,
10  and she was there to see her sister.
11    MS. BRASWELL:  I have no further questions.
12    MR. LEE:  Anything else?
13    MR. DORE:  No.
14    MR. LEE:  No questions.  And we'll read.
15    (Witness excused.)
16    (The witness did not waive reading and
17  signing, and the deposition was concluded at
18  3:13 p.m.)
19    - - -
20
21
22
23
24
25

1    C E R T I F I C A T E
2
3  STATE OF FLORIDA    )
4  COUNTY OF DUVAL     )
5    I, Cynthia Mattox Hammond, court reporter,
6  certify that I was authorized and did stenographically
7  report the deposition of CORBY WAYNE MARSHALL; that a
8  review of the transcript was requested; and that the
9  transcript is a true and complete record of my
10  stenographic notes.
11    I further certify that I am not a relative,
12  employee, attorney, or counsel of any of the parties,
13  nor am I a relative or employee of any of the parties'
14  attorney or counsel connected with the action, nor am I
15  financially interested in the action.
16    DATED this December 28, 2011.
17
18
19
20
21
22    Cynthia Mattox Hammond
23
24
25

Page 70

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA   )

4   COUNTY OF DUVAL    )

5            I, the undersigned authority, certify that

6   CORBY WAYNE MARSHALL personally appeared before me and

7   was duly sworn on December 12, 2011.

8            WITNESS my hand and official seal this

9   December 28, 2011.

10

11

12

13           _____
            Cynthia Mattox Hammond
14          Notary Public, State of Florida at
            Large, Commission No. DD864950.  My
15          Commission expires March 29, 2013.

16

17

18

19

20

21

22

23

24

25

Page 71

1            E R R A T A   S H E E T
    In re:  CORBY MARSHALL v. UNITED STATES AUTOMOBILE
2   December 12, 2011                          CMH
    Case No.:  3:10-CV-1057-20JBT
3   Page  Line  Where it reads:        Should read:

4   ____  ____  _____  _____

5   Reason:_____

6   ____  ____  _____  _____

7   Reason:_____

8   ____  ____  _____  _____

9   Reason:_____

10  ____  ____  _____  _____

11  Reason:_____

12  ____  ____  _____  _____

13  Reason:_____

14  ____  ____  _____  _____

15  Reason:_____

16  ____  ____  _____  _____

17  Reason:_____

18  ____  ____  _____  _____

19  Reason:_____

20  ____  ____  _____  _____

21  Reason:_____

22  Under penalties of perjury, I declare that I have read
    my deposition and that it is true and correct subject to
23  any changes in form or substance entered herein.

24  _____      _____
    Date                 CORBY WAYNE MARSHALL
25

**0**

**07** 19:15

**1**

**11-minute** 50:13

**110** 5:15

**14** 11:8

**15** 62:24 63:9

**155-millimeter** 7:15

**15th** 4:17

**174** 4:17

**17th** 21:9 56:5

**1991** 6:2

**2**

**2** 23:25 24:2

**20** 50:12

**2000** 9:7

**2001** 24:14

**2002** 9:7 24:14 50:1

**2003** 9:7,14

**2005** 4:12 5:14,20, 23

**2006** 19:15

**2008** 21:9 56:5

**240** 57:21

**24th** 6:22

**265** 57:18

**2:00** 53:5

**2:27** 42:2

**2:35** 42:2

**3**

**31406** 4:10

**7**

**7** 4:10

**8**

**8:30** 25:4,6,8 26:3

**9**

**91** 17:3,8,25

**911 253-0375** 34:8

**92** 17:4,5,8,25 24:15

**93** 24:16

**95** 16:15,16

**96** 16:15

**9:00** 25:4,6,8 26:3

**A**

**ability** 19:9 52:7

**absolutely** 20:8

**accident** 14:7,22 15:18,24 16:19 17:21 18:1,6 21:22 25:25 26:3,9,15 27:10,15 33:5,13 34:24 36:17 39:18 40:13 42:6 43:7,8,9, 17,20 45:19 46:7,11 47:21 48:10 49:12 50:15 52:5 53:12,25 54:1 56:6,18 57:20, 24 59:4,6,16 60:19 61:16,19 62:13,20

**accidents** 40:19 41:9 59:19

**accurate** 9:10

**action** 5:8

**active** 7:8 8:11 55:22

**activity** 52:3 53:13

**actual** 6:22 31:1

**acute** 12:23 13:8 14:2

**addictive** 52:12

**addition** 7:18

**address** 4:9,16 6:3 23:24

**Administration** 16:4

**adrenalin** 39:21

**adult** 14:22

**advisors** 4:21,22 5:1 61:9,21

**affected** 52:4 53:13, 16,23 54:7

**affects** 52:7

**Africa** 8:8

**age** 58:13

**agreed** 5:5

**aid** 53:9

**aids** 47:5,9

**air** 30:22 56:17

**AK** 4:25

**Al's** 35:3 36:22 37:1

**alcoholic** 25:11

**allergies** 10:17 14:9,14,19,25

**Alliance** 51:13

**Ambien** 52:10,17

**ambient** 49:3

**American** 57:7

**amount** 67:18

**AMS** 11:6,17 12:4

**and/or** 46:6

**ankle** 12:13,18

**answering** 66:15

**anymore** 37:12 59:14

**appeared** 29:17

**application** 12:9

**appoint** 19:8,24

**approached** 31:23

**approximate** 29:11

**approximately** 11:4,17

**arachnoid** 67:8,9

**area** 4:14 12:21,22 13:10 14:1 24:19

**arisen** 36:17

**Army** 6:11 16:3 17:10,12 57:25

**arrive** 36:20 62:21 64:25

**arrived** 37:25 65:5

**arriving** 37:11 38:2

**artillery** 7:5,11,18

**assembly** 60:11

**Associates** 20:22

**assume** 44:11,14 47:6

**assumed** 33:11

**AT&T** 34:12,17

**Atlanta** 4:15

**Atlantic** 4:17 5:16 56:3

**attention** 29:18 39:21

**attorney** 39:23 59:18 60:2 63:13,14, 17,18,21 64:10,12

**attributable** 50:16 60:17

**attribute** 39:17 48:9

**attributing** 50:14

**authorization** 20:9

**authorize** 19:10

**auto** 40:19 41:8

**avoid** 56:21

**aware** 12:2 13:11 30:8 39:19

**B**

**B-h-a-v-e-s-h** 21:4

**back** 5:21 9:6 17:10, 11,21 23:2 35:8,9,21 38:14 39:7,10, 43:11 44:5,12 45:2 47:8 55:13 58:1,2 59:7 60:9 64:22 66:13 67:10

**bad** 51:1

**badly** 40:5

**bags** 30:22

**Bank** 18:15,22

**Barnard** 5:15

**basic** 6:3,4

**basically** 19:6 61:23

**basis** 49:11,14 50:20

**basketball** 58:14

**bat** 41:2

**Baymeadows** 13:1 67:3

**beach** 4:15,17 5:16, 20 10:21,23 35:10, 18 40:11 56:3 64:23 66:5

**beaches** 9:7 12:22

**beat** 65:16

**behalf** 4:3

**believed** 34:12

**belong** 51:8,9

**belonged** 51:14

**belt** 30:24

**benign** 67:10

**beverages** 25:11

**Bhavesh** 21:4

**bit** 23:2

**bleeding** 8:8

**Blue** 11:11,16 12:4

**Bluff** 4:10

**BMW** 37:6,7

**Bob** 14:13,20 42:14, 16,17 43:5,6,12,16 47:22 58:3,20 62:8 66:23

**Bob's** 47:24

**Boca** 56:14

**body** 53:1 60:7

**boss** 19:1,7

**Boston** 56:10

**branch** 7:5

**BRASWELL** 4:23, 25 5:2 60:25 61:3 66:14 68:11

**Brazil** 56:7,21,25
61:13,14

**Brazilian** 66:10

**bumper** 36:24

**business** 21:16
23:3 24:23 25:1 49:2
55:9 61:12 63:23

**busy** 31:9

**Butterfield** 22:2

---

**C**

**call** 31:8 32:6 37:13,
22 39:1,2 65:9

**called** 22:10 31:4,5,
12 32:3,7,18,19 33:4
34:23 35:1 38:5,16
65:14

**calls** 34:18,22

**capacity** 5:7

**Capital** 18:18 24:25
25:8,12,21 26:2,6

**captain** 6:18

**car** 27:20,21 28:24,
25 30:1 31:15 34:1,
3,24,25 35:7,9,25
36:3,4 37:5 39:2
64:14,19 65:3

**card** 32:12

**care** 7:22 8:10 12:1,
5,23 13:1,2,8,9 14:2
40:12 61:21 67:3,5

**carrier** 11:12

**cars** 27:19

**Casa** 65:23,25 66:5

**case** 67:16

**CAT** 42:12,15

**categorize** 54:8

**causal** 54:12

**caused** 50:17

**cell** 20:25 33:22,24
34:4,6,19

**center** 12:23 13:24
27:3 35:8 61:7

**change** 67:4

**charge** 7:12

**cheapest** 57:8

**check** 31:19

**checked** 23:11
37:15,25 65:13 66:3

**checking** 38:3

**Chicago** 19:1

**chiropractor** 16:19,
22 17:5,16,19,25
57:23

**chiropractors**
17:12

**circumstances**
58:10

**cities** 17:1

**claim** 5:6 18:14,24

**clarify** 60:12 66:21

**clear** 5:19

**clinic** 8:14 12:17

**close** 6:14 49:4

**closest** 16:11

**closing** 64:12

**cochlear** 43:13
45:1,6,8,10

**cold** 58:1

**collision** 28:1 30:5,
13,17 31:1,14

**comfortable** 39:8

**common** 16:24

**comp** 18:14 19:25

**company** 61:25
62:2,4,14

**company's** 61:20

**compensation**
18:24 67:15

**complaint** 17:22
18:2 54:14,17,20

**completely** 27:16

**compressed** 37:2

**concept** 9:16

**concerned** 55:10

**concluded** 68:17

**condition** 25:18

**conditions** 45:9

**condo** 4:18

**confirm** 65:15

**considered** 8:21
9:15 12:25 13:2

**consistent** 11:21

**constricted** 26:11

**construction**
26:11,18,20 27:13

**contact** 44:3

**continued** 29:16

**conversation** 49:4

**convoy** 32:23

**Corby** 4:8

**correct** 5:10,11 6:16
7:6,7 15:13 21:25
23:18 26:8,10 29:7
33:3 35:14 40:9 42:6
43:3 44:24 46:14
54:17 56:10 64:15
65:13

**correctly** 46:22

**cot** 17:10 57:25

**counseling** 21:23

**counselor** 22:3,4,6

**counselors** 53:24

**countries** 57:7

**couple** 18:21 39:1
47:20

**cover** 19:5

**covered** 17:18

**cranial** 13:6,21
44:2,22 45:4 67:7

**Cross** 11:11,16 12:4
57:15 61:2

**Crucial** 67:3,5

**CT** 43:14,15 44:25
45:3,5 67:6

**current** 34:7

**custody** 24:7,9

**cyst** 67:8,9

---

**D**

**damage** 37:1,3,4

**dark** 29:4,7,9,10

**date** 21:22 25:16,
47:19 55:15

**dates** 55:4

**daughter** 58:13,14

**daughters** 24:5,6

**day** 12:17 23:4,5,6,
7,8,10 35:21,22,23
40:14 41:22 42:5,7,8
52:13 64:8 65:1

**dazed** 32:3

**dealer** 36:4 64:21

**dealer's** 36:5

**dealership** 64:14

**December** 21:9
56:5

**Defendant** 4:3

**deficiency** 43:23

**degree** 30:10

**dehydration** 8:5
12:15

**del** 22:10,13 65:23,
25 66:5

**Delaney** 4:3 31:22
32:14 63:3

**Delaney's** 59:5

**Delaneys** 32:10

**department** 16:3
36:19

**depended** 12:8

**deploy** 30:22,23

**deployed** 7:3

**deposition** 68:17

**Depot** 22:18

**desired** 36:13

**determine** 13:5

**development** 18:17

**diagnosis** 45:12,14,
17

**difficult** 44:10
48:18,25 49:3,5

**difficulty** 39:17

**DIRECT** 4:5

**direction** 27:5 60:1

**directly** 50:16

**discharge** 6:17

**discharged** 6:15

**discussed** 52:16
67:14

**discussion** 8:25

**dismissed** 54:17
55:19

**dissolution** 54:15

**distance** 28:12
30:19 49:16

**distracting** 48:19
49:6

**divorce** 24:17

**divorced** 24:13

**doctor** 19:4 46:17,
23 58:3 59:17,24
62:16

**doctors** 9:21 62:12

**Dolphin** 22:18

**DORE** 4:6 5:4,13
8:24 9:1,13 21:2
42:1,3 57:12 68:13

**Douglas** 46:13,18,
23 47:14

**downtown** 5:15

**drivable** 36:22

**drive** 4:10 36:6,25

**driven** 37:8

**driving** 34:24 59:5,
10

**drop** 5:6

**dropped** 35:23 36:4
64:20

**drove** 36:24

**drugs** 53:1

**due** 46:10

**duly** 4:2

**duty** 6:22 7:1,4,8 8:11

**Dysentery** 8:7

---

**E**

**ear** 58:17,24 66:18, 19,24

**earlier** 25:4 54:15, 23 56:1 64:13 65:12 66:15 67:14

**early** 25:3

**earning** 5:6

**ears** 40:5 58:17,23 66:16

**easily** 53:21 54:11

**Educational** 51:13

**effect** 50:24 51:2

**eharmony** 68:4

**elliptical** 50:21,23 51:3

**emergencies** 31:16

**emergency** 12:23 13:9 14:3

**employer** 4:20

**en** 33:8,10,11

**end** 19:16 24:3 38:13

**ended** 6:23 19:22 20:4 25:1 26:19 30:4

**ending** 27:9

**ENT** 14:7,12,23

**entertain** 49:2

**entry** 65:20

**environment** 31:20

**equal** 58:25

**equally** 58:23

**estate** 18:17,23 63:16,17,21

**estimate** 28:25 30:15

**evening** 65:5

**events** 15:22

**everybody's** 33:1

**ex-spouse's** 23:20

**exacerbates** 48:17 49:8 56:19

**exact** 44:9 55:4

**exam** 46:2,3

**EXAMINATION** 4:5 57:15 61:2

**excused** 68:15

**exercise** 48:17 49:7 50:2,17,19

**existing** 25:19

**exit** 32:24

**expensive** 20:10

**explain** 46:5

**explained** 45:18,21

**exports** 61:14

---

**F**

**facility** 14:3 15:6 16:13 17:20 18:5,18 42:11 51:8,23

**fact** 67:14

**failed** 61:24

**fair** 30:20

**family** 8:18,21 9:7, 15

**fast** 29:14

**feel** 39:7

**fell** 19:3

**felt** 44:1 45:22

**fence** 65:8,11,22 66:2

**field** 57:25

**filed** 19:11 54:14 55:1,11

**filled** 12:9

**final** 46:3

**find** 20:7

**fine** 5:9 32:1

**fire** 31:21 36:19

**fissure** 13:6,21

**fix** 55:5

**flew** 68:6

**flight** 57:10

**Florida** 5:22,25 21:10

**flow** 27:12,13

**fluid-filled** 67:9

**fly** 56:25 57:5,6

**focused** 55:4

**focuses** 61:13

**follow** 49:5 66:17

**formally** 55:23

**Fort** 6:6,8,19,23 7:4 56:14

**forward** 30:12,16,19 44:18 60:11

**found** 14:18 33:20 37:18 38:3,9 57:3 67:8

**fracture** 44:2,22 45:4,9

**Francisco** 67:21, 23,25

**freaked** 38:22

**frequency** 48:7

**friend** 68:9

**front** 27:19,20,21 29:24 30:2, 37:3,5 44:21 63:5 66:1,2,3

**frustrates** 53:19

**frustrating** 53:18

**full** 4:7 33:21

**function** 63:23 67:13

---

**G**

**gain** 50:14

**gained** 50:11,12

**games** 58:14

**gate** 65:9,11,18,20, 21

**gates** 65:6

**Georgia** 5:22,25 6:3,23 20:3 24:17,18 55:17

**give** 19:6 35:22 48:23 66:12

**giving** 64:24

**glass** 25:13

**Golden** 11:2,25

**good** 28:13 41:11

**greater** 63:9

**Green** 45:24 46:12, 13,16 47:1 48:2 59:20

**Green's** 46:18,23 47:3,14 60:4

**grill** 37:4

**Grille** 24:25 25:8,12, 21 26:3,6

**groggy** 52:13

**group** 20:22

**guess** 34:7 39:12 41:20 56:14 62:25 65:9

**guessing** 28:8,10 29:2

**gym** 51:4,8,9,10,14

---

**H**

**H-a-g-h-i-g-h-i** 9:11

**H-o-w-i-t-z-e-r** 7:16

**Haghighi** 9:4,8,9

**half** 6:13 47:21 49:19 50:8,9 51:16, 17

**hand** 32:11

**hands** 33:21

**Hannah** 23:25 24:2, 3

**happened** 25:25 26:4,9,15 31:14 32:8 35:1 60:6

**head** 13:5,13 20:24 44:3,5,13,17 67:10, 13

**gates** 65:6

**headaches** 41:1,5 60:15,16,18,22

**headed** 25:23

**heading** 25:22 27:5

**headlights** 29:5

**headrest** 44:6,7,14 60:9

**health** 10:24 11:13, 14,18,21,24 61:21

**hear** 48:18

**heard** 28:4 39:25

**hearing** 15:18,19,25 16:7 18:5 43:12,16, 23,25 45:16,19,24 46:1,5 47:4,5,9,11, 13,22 48:1,3,4,6,8 59:22 66:18,23

**helped** 50:18

**helps** 53:21

**high** 12:14 48:7

**hit** 27:20,21 28:5 29:25 30:2,7 35:2 44:5,14 60:9,11

**hitting** 60:7

**Hodges** 32:23

**home** 4:9 19:4 36:25 39:7 51:3,5,6

**honorably** 6:15

**hoping** 29:14

**hospital** 8:1,3 12:13 15:7

**hospitalized** 12:11, 15,16

**hotel** 22:11,13 23:11 25:23,24 31:12 33:7, 12,14,15,18,20 37:9, 11,15,20,22,25 38:2, 22 65:5,7,17

**hours** 36:10 57:11

**house** 4:12,18, 5:19 22:21 35:23

**Howitzers** 7:16

**hurt** 17:11 19:3 31:16,18 58:1 67:12

# I

**i-e-j-e-c-k-i** 9:25

**Iberia** 18:15

**ID** 6:22

**immediately** 43:9, 11 44:13 49:11

**impact** 28:5,7 29:20 30:9 44:4 50:25 60:10

**import** 61:12

**imports** 61:13

**impression** 33:8

**incident** 14:5

**include** 12:21

**independent** 47:25

**information** 32:16

**initial** 46:2

**initially** 40:24 41:7 42:15 58:24

**injury** 48:9 52:4 53:12 67:15

**insomnia** 52:14

**instance** 27:1 44:17

**insurance** 10:24 11:14,18,21,24 17:18 32:11

**insured** 11:3

**insurers** 11:13

**intensifies** 48:16,21

**intensify** 48:24

**intent** 35:20

**interior** 44:4

**internal** 20:22

**involve** 32:15

**involved** 5:8 7:12 30:4 35:16 40:17 61:6 62:4,17 64:5

**involvement** 67:7

**iphone** 34:15

**irritable** 53:21 54:11

**irritating** 49:5 56:24

**issue** 7:22 9:20 33:18 36:16 42:9 54:10

**issues** 22:8

# J

**Jacksonville** 4:14 5:19 10:20,21,22 12:21 21:10 23:4,6 35:24 36:1 40:10,11 42:19,20 43:10 46:15 51:21,24 56:3 57:1,2 59:25 66:6,8

**JEA** 51:11

**Jewish** 51:13

**Johnson** 14:13,20, 23 15:15,17,23 42:17 43:5,6,16 45:22 46:10 47:2,22 58:4 62:8

**joined** 51:15

**Joseph** 4:3

**JTB** 26:7,9

**junior** 12:14

# K

**key** 38:8 65:15,18 66:4

**keys** 38:6

**kind** 33:21 41:10 55:4 63:13 65:8

**knee** 19:3,5,11,17

**knew** 23:15 33:10 35:15 37:24 40:18 43:6,8

**Kuwait** 7:3,8

# L

**L's** 35:11

**LA** 22:5

**lab** 48:1,3

**Labcorp** 18:14,24 19:6

**landmark** 66:13

**lane** 23:25 24:2 26:14,17,24 27:3,7, 8,10,11,12 28:17,18, 19 30:10

**lanes** 26:11,16,21, 22

**lapse** 11:23

**Larry** 39:23 40:6,8 63:13

**Lauderdale** 56:14, 15

**Laura** 23:21 24:11

**lawsuit** 18:9,10,12, 13,14

**lawsuits** 18:12,19

**leaving** 25:21

**LEE** 5:12 20:24 41:25 66:11 68:12, 14

**left** 25:3,4,8 26:2 27:5 28:4 32:24 33:25 36:3 39:2 41:1,4 58:21,24 66:18,19,24

**leg** 57:10,11

**legal** 64:9

**legally** 55:2

**lengths** 28:24,25

**Lexus** 36:3 64:14,17

**lift** 50:21

**limit** 27:14,23

**lined** 32:25

**live** 5:14 23:22

**lived** 4:11 5:15,17, 22,24 35:18

**lives** 23:23 62:11

**living** 14:16,17

**LLC** 4:21,22

**located** 10:10 22:16

**loft** 55:25

**long** 4:11 6:8,11 11:3,7,17 22:21,24 23:16 28:6 36:9,10, 11 43:19 51:14 57:10 62:23

**looked** 25:9 31:15, 20 38:23

**loss** 5:6 16:9 18:5 44:1 45:16,19,24 46:1,5 47:4,11 48:7, 8 58:22 66:19,23

**lost** 5:6

**lot** 26:10 31:9,10 32:25 49:2 52:7 58:8 64:10 65:21

**loud** 39:25 48:16,21, 23 49:3

**lower** 17:11 58:1

**Lunesta** 52:10,17

# M

**M109** 7:19

**M109a6** 7:13,15

**made** 19:7 54:12

**maintain** 4:13 52:8

**make** 32:9 44:3 52:13

**management** 40:19,21,23 41:8

**manifestations** 48:11

**Mar** 65:23,25 66:5

**March** 16:16 55:1,2

**Marina** 22:10,13

**marital** 22:4,8 53:16 54:7

**marriage** 21:23 22:5 53:24 55:8

**married** 23:17,19 24:11,15

**Marshall** 4:8 61:21 62:6,9

**Maryland** 56:10

**massage** 41:21

**material** 5:9

**Matos** 62:15

**Mc** 41:16

**Mclaren** 40:15, 41:16,19 42:4,10,21

**looked** (dup)

**59:12 61:4 62:5,16**

**medical** 7:22 8:10 17:20 18:4,18 20:22 25:18 35:16 36:13 40:12 42:11 45:8 47:25 61:23

**medication** 52:21 53:3

**medications** 25:16

**medicine** 9:7 20:22

**Medwell** 59:13 61:5 62:16 67:2

**meet** 21:17,21 22:7 33:12 67:20,22 68:6

**meeting** 19:1 21:16, 19,20 23:3 24:23 25:1 39:22 63:15,20, 23 64:21,25

**meets** 58:14

**melatonin** 53:10

**Memorial** 20:22

**Memorial's** 20:21

**memory** 14:17 40:14

**mentioned** 54:1,6 56:7 58:3 63:2 64:13

**merging** 27:9

**merited** 43:1

**met** 61:6,8 62:5 64:7 67:21,24,25 68:2

**metals** 61:14

**Miami** 56:15 57:1,2, 4,9

**midday** 31:7

**midway** 39:11

**mile** 49:20

**miles** 49:17,19,21 50:9,13

**military** 7:21 8:12

**mind** 10:18

**minerals** 61:13

**minimal** 37:4

**minutes** 49:20 62:24 63:9

**missed** 57:22

**MMI** 13:17

**model** 7:19

**month** 53:4,6,7 67:4

**months** 6:10 11:4,8 17:14 47:20 55:3

**Monti** 22:5

**morning** 39:22 63:12,16

**Morrell** 35:4,11 40:7 62:1

**mother** 24:8

**motor** 5:7 14:6 16:18 18:1,6 39:18 46:6 48:9 50:15 52:5 53:25 54:1 56:6

**move** 55:24

**moved** 6:3 30:1,2, 10,16

**moving** 27:22,23

**MRI** 12:25 13:3,4,13, 24 42:21 44:23 45:3

**multiple** 64:5

---

**N**

**named** 9:21

**names** 14:15 17:1,2 18:21 63:7

**nasal** 14:10 15:1

**necessarily** 34:11

**neck** 17:21 18:2 41:1,4 60:13

**needed** 19:6, 20:9 32:12,14

**needless** 66:13

**Neptune** 10:23 66:6,7,8

**neuro** 43:2

**neurologist** 13:14 42:25

**nice** 22:22

**Nicki** 22:4

**night** 21:17 22:9,25 55:9 62:20

**nights** 23:1

**nods** 20:24

**noise** 49:3

**nondirectional** 66:21

**nonstop** 57:9

**normal** 15:21 16:8 26:12,21,22 56:24

**note** 43:23

**notice** 59:5

**noticed** 40:24 41:15 59:5,10 63:24

**number** 34:6,7

---

**O**

**O-n-d-r-e-** 9:25

**oath** 4:4

**occasion** 4:14 21:24 22:8 23:13,17 47:16

**occasionally** 48:14

**occasions** 8:10 23:13

**occluded** 26:20

**occur** 46:11

**Ocean** 22:10

**October** 24:13

**odd** 65:9

**off-record** 8:25

**office** 10:1 15:8,19 39:23 40:8 46:19,20, 23 47:3,14,24 48:1 60:4

**officer** 33:2 34:1 39:4

**officer's** 6:4

**official** 36:12,15

**Oklahoma** 6:2,6

**Ondrejicka** 9:18,23 10:2,19 52:18

**online** 67:24 68:2

**open** 55:2

**opened** 65:19

**operating** 61:22

**opposed** 55:5

**order** 19:10 65:7

**ordered** 13:13

**originally** 6:24

**orthopedist** 20:8, 11 21:7

**outprocessing** 16:4,10

**overseas** 7:2 8:1

**owned** 22:21

---

**P**

**p.m.** 42:2

**paid** 17:17 20:10

**pain** 17:9 40:19,20, 22,25 41:7 60:13 62:15

**painful** 41:3

**pallet** 15:3

**Paolo** 57:6,9

**parking** 32:25 65:21

**part** 12:17 26:18 60:7 62:2 66:5

**part-time** 4:14

**partner** 62:3

**party** 18:10,13,14

**past** 8:22 11:20 47:21

**Patel** 9:18,21 10:4, 10,16 20:6,14 21:6 52:18

**Patrice** 22:2

**Patterson** 40:6 63:13,25 64:7 65:1

**Patterson's** 39:23 40:8

**pay** 11:15 19:23

**paying** 29:18 39:21

**people** 31:19 32:10, 17 63:5

**perform** 15:18

**performed** 15:19

**period** 6:20 8:11 11:22 34:14,16 46:2 54:25 55:21 62:22

**permanent** 45:23, 25 46:1,24 47:1,2,11

**permission** 36:6

**person** 9:2 68:7

**personal** 58:5

**Peru** 57:7

**perusing** 20:25

**Phillips** 18:17

**phone** 20:25 33:22, 24 34:4,6,19,22 37:21 39:2 65:15

**physical** 16:5 36:16 39:17

**physicality** 39:22

**physically** 67:22,25

**physician** 8:18,21 9:15 12:1,5 17:20 19:7,8,10,21,24 20:4,6 40:20 42:11 45:18 46:4 62:10

**physicians** 23:5 31:10 52:8,9 62:19

**pick** 38:7

**place** 4:16 12:25 22:15 34:22 41:11 42:13 48:23 66:10

**places** 48:21

**plan** 19:5 22:7 35:20

**plane** 56:11,13

**planning** 22:24

**plans** 54:19

**point** 6:1,4,7 7:21 8:2,3,20 12:15 19:7, 23 27:7 32:4,17 33:16 53:7

**police** 32:15,19 33:2 34:1 36:19 62:21 63:10

**policeman** 30:7

**polyps** 14:10 15:1

**portion** 44:3,4

**positive** 11:8,12 22:14 25:7,10 27:18 31:7 32:22

**possibly** 17:19 43:13

**pounding** 51:1

**pounds** 50:12

**precise** 47:18

**prefer** 9:9

**prescribed** 43:15 52:9,17

**prescription** 25:15 52:21 53:3

**present** 54:19

**presently** 10:24 52:20

**pressure** 56:19

**presume** 33:14

**pretty** 28:13 41:3

**previously** 23:14

**primarily** 49:9

**primary** 12:1,5 24:7

**prior** 5:14,20,23 6:3, 6 11:17 14:6,9,22 15:17,24 18:6 22:21 23:17 31:1 56:4 64:7

**private** 11:14 17:16, 17

**problem** 17:22 18:2 31:21 33:17 34:14 36:16 39:17 41:13 56:17

**problems** 33:20 59:1 60:18

**procedure** 12:19

**procedures** 15:10

**process** 19:4

**produced** 4:2

**product** 61:14

**products** 61:13,14

**profession** 58:9

**Proficio** 18:22

**project** 61:7 63:16

64:3

**projects** 35:16 40:17 61:7,23,24 62:3,18 64:1,5,11

**prominent** 40:1

**provider** 34:4,9

**providers** 62:19

**Publix** 32:25

**pulled** 30:7 34:1

**purpose** 21:14 44:25

---

**Q**

**question** 14:7 18:1, 7 46:4 48:10 57:22 59:23 66:15

**questions** 57:13 68:11,14

---

**R**

**R's** 35:11

**races** 49:23

**radiologist** 13:18, 20,22

**ran** 49:11

**rank** 6:17

**rate** 27:23 29:16 49:18 50:10

**reach** 37:14 38:25

**reached** 39:9

**reaching** 39:6

**read** 68:14

**reading** 68:16

**ready** 38:6

**real** 18:17,22 36:11 63:16,17,21

**rear** 27:25 29:20 37:2 60:10

**reason** 10:2,15 12:11 14:8 15:1,14 16:20 17:7 18:5 20:7 26:18 41:6 52:24 58:20 68:8

**reasonable** 33:12

**reasons** 10:15

**recall** 11:19 13:23 15:22 16:6,13,24 17:2,9,11 18:21 19:19 20:12 23:9 25:14 26:16 27:2,4, 24 28:8 31:13 32:1, 21 33:6,15 34:5 37:14,16 41:23 44:8 64:20 65:2 67:19

**receive** 34:18

**receiving** 19:17

**recent** 47:20

**recess** 42:2

**recognized** 42:8

**records** 41:24

**rectal** 8:8

**reduce** 53:8

**reduction** 50:16

**refer** 42:10

**referral** 67:5,6

**referred** 21:7 42:12, 14 43:5 47:24

**refiling** 54:19

**regular** 49:11,14 50:20

**rehab** 19:18,20

**reiterated** 45:24 46:12

**relate** 13:16 48:5

**related** 13:20 63:15

**relates** 18:22

**relating** 18:5

**relationship** 53:17 54:7,12 55:10 58:5,7

**remained** 7:4

**remember** 8:2,14, 16 13:1,23 14:15 15:16 16:8,11 17:15 22:11 23:9 26:20 30:6 38:12 42:13 55:3 60:8 62:22,25 63:7 65:4

**rent** 5:21

**rental** 18:20

**rented** 56:2

**report** 63:8

**require** 11:25 12:4

**rescue** 36:20

**reservation** 38:6 65:15

**residence** 4:13

**responded** 31:25

**responding** 4:4

**restaurant** 31:5,6,8

**restaurants** 48:17 49:1,2

**result** 5:7 30:9, 45:16 46:6

**resulted** 45:19

**results** 13:17 16:7 48:6

**returned** 19:4 37:19 38:3,10

**returning** 38:19

**Rey** 22:10,13

**ride** 35:8 64:23,24

**right-hand** 26:14

**ringing** 39:25 40:5, 25 41:16 53:19 56:20

**Rio** 57:4

**road** 22:11 29:16 49:23

**room** 12:23 13:9 14:3 38:5,10,17 39:24 40:6

**route** 33:9,10,11

**row** 9:17

**rule** 11:2,25 14:10, 44:25 45:6 67:7

**ruled** 44:22 45:2,3,5

**rules** 19:25 20:1

**run** 49:23 50:2,7,12 59:7

**running** 49:9 51:1

---

**S**

**SAK** 4:21,24 5:3 61:9

**San** 57:6,9 67:21,23, 25

**sat** 54:12

**Savannah** 4:10 5:14,15,16 6:24 10:11,13,19 13:15 14:1,20,21 16:12 20:2 23:23 24:19 36:2 37:19 38:4,10, 14,20 42:18 43:2,11 48:4 51:22,23 57:1,2 59:25

**scan** 42:12,15

**scene** 32:6,7 33:4 34:19,22 36:9,13,15, 20,22,24 37:8 63:4

**school** 12:14

**scraped** 36:25

**screech** 28:4

**screened** 20:6

**SEA** 5:2

**seat** 30:24 44:5,7, 11,12 60:9

**seconds** 28:9

**seek** 7:22

**self-employed** 4:21

**self-propelled** 7:15

**separate** 52:15

**separated** 54:22 55:2,7,10,21

**series** 37:7

**served** 6:11 7:21 55:6

**serves** 40:14

**service** 6:21 62:19

**settle** 67:15

**settlement** 67:18

**setup** 65:10

**severe** 51:2 52:6

**severely** 19:3

**share** 24:9

**shear** 45:1,6,8,10

**sheer** 43:13

**Shield** 11:11

**shop** 35:7,25

**shorter** 53:20

**showed** 32:22

**sic** 9:25

**side** 26:11 41:1,4 65:9,21,23

**signing** 68:17

**Sill** 6:6,8,19

**simultaneous** 30:1

**single** 52:15

**sir** 10:6 11:19 16:13 17:6 20:18 26:1 28:20 57:12

**sister** 14:11 68:10

**sitting** 39:24

**situation** 19:12 39:8 41:11

**situations** 48:16 53:20

**sketchy** 38:23

**sleep** 10:3,17 48:18 52:6,7,8,14,21 53:3, 5,6,9 54:10

**sleeping** 10:3 17:10

**slow** 29:15

**slower** 7:14 50:11

**slowing** 29:13

**snoring** 15:4,9

**social** 58:7

**socialize** 58:8

**Somalia** 7:3,9 8:1,6 12:17

**son** 39:13

**sort** 28:4 65:22

**sought** 8:10 40:12

**sounded** 38:21

**sounds** 9:8

**South** 57:7

**speak** 37:12 63:3

**speaking** 34:21 38:13

**specialist** 40:21,23 41:8 59:16

**specialized** 40:19 41:9 59:19

**specializes** 59:22

**specific** 49:7

**specifics** 33:15

**Speech** 48:4

**speed** 27:14,23 29:12,16

**spell** 9:5,24

**spend** 21:17 22:22 24:9

**spending** 22:24 55:9

**spoke** 31:9 33:13 63:2

**spoken** 31:2

**stands** 51:12

**Stanley** 13:14,16 42:22,24 46:11

**STARRETT** 9:11 57:14,16 60:24

**start** 41:3,12

**started** 34:3 40:25 41:1 67:2,3

**starts** 10:6 20:15

**state** 4:7

**statements** 33:1

**station** 6:22 7:1,4

**stationed** 6:20

**stay** 22:9,11 23:2 25:4 64:22

**stayed** 22:19,20 23:13 26:9 55:2 56:3

**Steakhouse** 66:9

**steering** 44:18

**Stewart** 6:23 7:4 16:14

**stood** 19:2

**stop** 29:15 56:22

**stopped** 27:12,16, 17,19

**stopping** 26:19 28:14

**stops** 26:2,13

**street** 4:17 10:13 20:19

**strike** 44:18

**stronger** 66:18,19

**struck** 27:25 29:23

**stuff** 55:24

**sued** 18:20

**suggested** 42:21 43:13 47:5

**suggesting** 29:8

**suit** 19:11 20:2

**summer** 21:17,18, 19,21,23 22:7,22 23:14,15 25:6 31:3 33:4 34:21 37:12,13 51:15 53:22 55:7,13, 14 64:23 65:16 67:20

**Summer's** 34:10

**suppose** 10:4

**supposed** 20:1

**surgery** 12:13,18 15:4 61:7

**surgical** 12:19

**suspect** 39:20

**swim** 58:14

**sworn** 4:2

**T**

**table** 19:2

**takes** 17:13

**taking** 25:15

**talk** 32:8,9,12

**talked** 37:17 52:9

**talking** 32:10,11 37:14 42:4 44:12

65:23 67:21

**Tanto** 66:9

**telephone** 34:18

**temper** 53:20

**ten** 11:20 24:15 28:9 49:19

**tenants** 18:20,22

**tension** 53:22

**terms** 28:24 39:4 45:25

**test** 15:18,19,25 16:7 43:13,16 47:13, 23 48:6 66:25

**testified** 4:4 53:14 65:12

**testimony** 48:20

**Texas** 14:18

**therapy** 41:20,21

**thing** 16:25 47:6,10 52:15 60:8 67:12 68:4

**things** 10:18 48:11 52:10,11 54:21

**thought** 22:21 38:23 64:14 66:23

**time** 5:17,24 6:20 8:11,20 11:22 12:8 13:10 14:6 15:17,24 16:18 17:21,24 19:7 21:15 22:21,23 23:16 24:9 26:2,15 27:10,14,15 28:1,17 29:4,12 30:24 32:2,4 33:9,12,18,23,24 34:2,4,6,14,16,21 35:17 36:11 38:17 39:16,19,20 41:14 43:12 46:2 48:13,15, 19 49:10,25 52:22 53:2 54:22 55:8,12, 21 57:19 61:8,16,18, 62:22 68:1

**times** 8:13,14,15 37:21 39:1 49:15 50:5,6 55:17 56:7 60:3

**tinnitus** 18:6 45:13, 16,23,25 46:6,24 48:8,13,20,24 49:8 50:24 58:16 66:18,

20,21

**today** 59:2

**Todd** 40:15, 41:16, 19 42:4,21 43:11 59:12

**told** 19:5 32:12 33:14 38:19 39:11

**Tonto's** 66:8

**touched** 44:8

**tour** 7:2

**town** 9:19 35:8

**traffic** 26:19 27:4, 11,12,14,15,22

**trainer** 50:22,23 51:3

**transportation** 36:13

**trauma** 46:10 52:4 53:12

**travel** 28:17,18,19 30:10 56:18

**traveled** 35:24

**treat** 17:20

**treated** 12:23 14:2 62:13

**treating** 67:2,3

**treatment** 7:22 19:11,16,18 40:13

**trip** 55:9

**trips** 56:13

**trouble** 10:3 56:23

**true** 42:14

**trunk** 37:2

**type** 7:11,18 12:19 19:16 25:15 37:6 49:7 50:19 64:17 68:4

**typical** 60:21

**typically** 23:10 57:3

**U**

**U.S.** 61:14

**Uh-huh** 15:11 20:16 21:11 24:20 35:12

51:18 56:9,12 60:10 68:3,5

**ultimately** 19:21 20:11 44:22 45:11

**ultrasound** 41:21

**unacceptable** 19:12

**understand** 29:6 39:13 59:22

**understanding** 5:5 40:18 41:9 46:22 59:1

**understood** 46:24

**unit** 36:20

**unrelated** 63:22

**unusual** 37:23 60:20

**upstairs** 38:8 66:4

**urgent** 12:25 13:2,9 14:2

**uvulectomy** 15:4

**V**

**VA** 16:11

**vegetative** 67:11

**vehicle** 5:7 14:6 16:18 18:1,6 27:25 28:1,12,16,21,25 29:12,23,25 30:9,12 35:6,21 36:7,22 37:1,3 39:18 44:4 46:6 48:9 50:15 52:5 53:25 54:1 59:6,10 60:8 64:18

**vehicles** 28:22 30:4

**Verizon** 34:12,16,17

**vestigial** 67:11

**Veterans** 16:4

**Vishnu** 10:8

**visit** 21:14

**W**

**wages** 5:6

**wait** 62:21

**waited** 63:10

**waive** 68:16

**walk** 66:1

**walked** 19:2 66:1,3

**wanted** 20:7 25:5
32:8,9 64:22

**watch** 44:15

**watching** 44:9

**Waters** 10:14 20:21

**Wayne** 4:8

**ways** 28:13

**week** 49:15 50:5,6

**weeks** 43:22

**weigh** 57:17,19

**weight** 50:11,14

**weights** 50:21 51:6

**weird** 38:7 65:8

**West** 6:1,4,7 8:2,3
12:15

**wheel** 44:18

**wife** 31:22 56:6

**wine** 25:13

**work** 11:14 56:21
61:25 62:5,8,13 64:9

**worked** 15:5 40:20
62:2,16 63:25 68:9

**workers'** 18:13,24
19:25 67:15

**working** 35:17
61:15,18,20,22 64:2

**workout** 51:8

**worse** 58:19,21,24
66:23

**wrong** 32:2

—————————
       **Y**
—————————

**year** 19:13 24:12
47:21 51:16,17
54:15,23 55:14
58:11

**years** 6:12,13 8:23
11:20 24:15 47:21

**York** 6:1,7 56:12,13

**you-all** 62:20 64:11

**young** 14:18

**younger** 14:14