**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

**CORBY MARSHALL,**

                **Plaintiff,**

                                  CASE NO.  3:10-cv-1057-J-20JBT

**v.**

**UNITED STATES AUTOMOBILE**
**ASSOCIATION, et al.,**

                **Defendants.**

| <u>Counsel for Plaintiff(s):</u> | <u>Counsel for Defendant(s):</u> |
|---|---|
| Brian J. Lee | Dennis P. Dore |
| Paul Healy | Kristen Van Der Linde |
|  | David Drill |
|  | Amy McGuiness |

---

**HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Marsha Grant    Court Reporter: Cindy Packevicz/Cornerstone**

---

## CLERK'S MINUTES

**PROCEEDINGS OF MOTION HEARING:**

Oral argument by counsel.

Chapter 7 Bankruptcy Trustee, Doreen Abbott was in attendance.

Defendant's Motion to Dismiss for Fraud, Motion to Stay, and/or Motion to Substitute Trustee as Plaintiff (Doc. 242) is **TAKEN UNDER ADVISEMENT**.

The case will be removed from the September Trial Calendar.

**ORDER TO ENTER.**

DATE: August 27, 2013    TIMES: 2:59 p.m. - 3:10 p.m.    TOTAL: 11 minutes