IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL,

    Plaintiff,                                          CASE NO.:    3:10-CV-1057-20JBT

vs.

UNITED STATES AUTOMOBILE ASSOCIATION, a
foreign corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a foreign
corporation, and JOSEPH P. DELANEY,

    Defendants.

_____

## PLAINTIFF'S MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Plaintiff, CORBY MARSHALL, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Local Rule 3.09 (a), hereby files this Motion for Continuance of the Pre-Trial/Status Conference set to take place on August 13, 2014, at 1:30 p.m., in this matter, and in support thereof would show:

1. That the undersigned counsel will be in a trial in another case at the time this Conference is scheduled. The other case, Amber Usher v. Jan Peiker et al., Case No.: 2010-CA-12565, is before the Honorable Lawrence Haddock and will be tried next week, with the possibility of going into the following week.

2. Because of this trial, Plaintiff's counsel would be unable to attend this Court's Pre-trial Conference and respectfully requests that this Pre-trial Conference be set for another date where counsel is available.

3. This continuance is also necessary because the Court, by its most recent Order, wants counsel to be prepared to argue the pending Motions in Limine at this Conference(Doc.281). The undersigned counsel has done the preparation to argue these Motions, and would respectfully ask for this conference to take place on a different date so he can be present.

4. If the Court wishes, Plaintiff's counsel will get proposed dates from all counsel and will then give the Court's Judicial Assistant all available dates so that the Court can then choose a date where all counsel have already indicated their availability.

5. Counsel for Plaintiffs has contacted all of the parties in this case through their counsel regarding this Motion pursuant to Local Rule 3.01, and can represent to the Court that Defendants USAA and STATE FARM have no objection to this Motion, and Defendant DELANEY objects to this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant the Motion for Continuance and move the Pre-Trial Conference to be reset at a later date when all counsel will be available.

SCHULER & LEE, P.A.

By_____
BRIAN J. LEE
Fla. Bar No.: 561681
**CARL SCOTT SCHULER**
Fla. Bar No.: 308900
644 Cesery Boulevard, Suite 250
Jacksonville, Florida 32211
(904) 396-1911 (phone)
(904) 396-1941 (fax)
scott@schulerlee.com

brian@schulerlee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2014, a copy was sent by electronic transmittal of the foregoing to LAURA STARRETT, ESQUIRE, *Attorney for Defendant for State Farm Mutual Automobile Insurance Co.*, 1200 Riverplace Blvd., Suite 640, Jacksonville, FL 32207, KRISTEN VAN DER LINDE, ESQUIRE, Boyd & Jenerette, *Attorney for Defendant for United States Automobile Association*, 201 North Hogan Street, Suite 400, Jacksonville, FL 32202, DENNIS P. DORE, ESQUIRE, Dore & Associates, LLC, *Attorney for Defendant Joseph P. Delaney*, 3020 Hartley Rd., Suite 250, Jacksonville, FL 32257, and PAUL J. HEALY, ESQUIRE, *Co-Counsel for Plaintiffs*, 1830 Atlantic Blvd., Jacksonville FL 32207.

_____
Attorney