IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORBY MARSHALL,

    Plaintiff,

vs.

CASE NO.:   3:10-CV-1057-20JBT

UNITED STATES AUTOMOBILE ASSOCIATION, a
Foreign Corporation, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, a
Foreign Corporation, and JOSEPH P. DELANEY,

    Defendants.
_____/

## NOTICE TO COURT

Plaintiff, CORBY MARSHALL, hereby files this Notice with the Court pursuant to the Court's instructions following the hearing held on August 13, 2014. Plaintiff hereby notifies the Court that Plaintiff has no objection to the dismissal of USAA from this action, as long as USAA agrees to be bound by the determinations made by the jury in this case to the extent of their insurance coverage, as the Court suggested at the above-mentioned hearing.

    Respectfully Submitted,

    SCHULER & LEE, P.A.

By: _____
    **BRIAN J. LEE**
    Fla. Bar No.: 561681
    **CARL SCOTT SCHULER**
    Fla. Bar No.: 308900
    644 Cesery Boulevard, Suite 250
    Jacksonville, Florida 32211

(904) 396-1911 (phone)
(904) 396-1941 (fax)
brian@schulerlee.com
Scott@schulerlee.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2014, an electronic copy of this document was filed using the CM/ECF system, and a copy of this document was also sent by Electronic Mail to AMY McGUINESS, ESQUIRE, Dwane D. Tyson and Associates, *Attorney for Defendant for State Farm Mutual Automobile Insurance Co.*, 1200 Riverplace Blvd., Suite 640, Jacksonville, FL 32207, KRISTEN M. VAN DER LINDE, ESQUIRE, Boyd & Jenerette, *Attorney for Defendant for United States Automobile Association*, 201 North Hogan Street, Suite 400, Jacksonville, FL 32202, DENNIS P. DORE, ESQUIRE, Dore & Associates, LLC, *Attorney for Defendant Joseph P. Delaney*, 3020 Hartley Rd., Suite 250, Jacksonville, FL 32257, DAVID R. DRILL, ESQUIRE, *Co-Counsel for Defendant Joseph P. Delaney* and PAUL J. HEALY, ESQUIRE, *Co-Counsel for Plaintiffs*, 1830 Atlantic Blvd., Jacksonville FL 32207.

_____
ATTORNEY